UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| APP PRESS LLC, | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) ) ) | CASE NO. 1:12-cv-0718-SEB-DML |
| v. | ) | **JURY TRIAL DEMANDED** |
| APRESS MEDIA LLC, | ) ) | |
| Defendant/ Counterclaim Plaintiff. | ) ) | |

**ORDER ON MOTION FOR CONFERENCE WITH MAGISTRATE JUDGE**

This matter is before the court on the parties' Motion for Conference with Magistrate Judge.  Having considered the motion, the court determines it should be GRANTED.

IT IS THEREFORE ORDERED that the parties will appear by telephone, by counsel, on Friday, June 7, 2013, at 3:30 p.m. (EST) to discuss those issues identified in the Motion for Conference with Magistrate Judge.  Counsel should call the court at 317-229-3630 to participate. If multiple lawyers with the same law firm plan to participate, those lawyers should call the court from a single line.

Date: 06/06/2013

_Debra McVicker Lynch_
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via CM/ECF.