UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| APP PRESS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:12-cv-00718-SEB-DML |
| | ) | |
| APRESS MEDIA LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## Entry and Order from June 7, 2013 Conference

The parties, by counsel, appeared for a discovery conference on June 7, 2013, with the magistrate judge. Counsel conferred with the magistrate judge and one another regarding discovery disputes. Any disputes not resolved must be raised by motion(s) filed by June 21, 2013.

So ORDERED.

Date: 06/12/2013

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system