UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| APP PRESS LLC, | ) |
|     Plaintiff/Counterclaim Defendant, | ) CASE NO. 1:12-cv-0718-SEB-DML |
|   v. | ) **JURY TRIAL DEMANDED** |
| APRESS MEDIA LLC, | ) |
|     Defendant/ Counterclaim Plaintiff. | ) |

**MOTION FOR CONFERENCE WITH MAGISTRATE JUDGE**

COMES NOW Plaintiff/Counterclaim Defendant, by counsel, and hereby files its Motion to Compel Discovery Information as set forth in the accompanying brief filed contemporaneously herewith, and accordingly requests that the court issue a motion to compel discovery requests to Apress Media:

Respectfully submitted,

Respectfully:

*s/ Jacob R. Cox*
Jacob R. Cox, Attorney No. 26321-49
**COX LAW OFFICE**
1606 N. Delaware Street
Indianapolis, Indiana 46202
T: 317.884.8550
F: 317.660.2453
jcox@coxlaw.org

*Attorney for Plaintiff/Counterclaim Defendant App Press LLC*

1