UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| APP PRESS LLC, <br>     Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> APRESS MEDIA LLC, <br>     Defendant/ Counterclaim Plaintiff. | CASE NO. 1:12-cv-0718-SEB-DML |

ORDER GRANTING
MOTION FOR LEAVE FOR APRESS MEDIA, LLC TO FILE UNDER SEAL

This matter is before the Court on motion of the Defendant Apress Media, LLC ("Apress"), to permit certain exhibits filed in support of its Motion to Compel Discovery Regarding App Press LLC's Investment in and Costs Associated with Its Trademark to be filed under seal:

Being duly advised, to protect the confidentiality of confidential and propriety information of App Press LLC, the Court **GRANTS** the motion. Accordingly, it is hereby **ORDERED** that the Clerk maintain docket number 61 under seal.

IT IS SO ORDERED.

Dated: 07/10/2013

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via CM/ECF.