UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

|  |  |  |
|---|---|---|
| APP PRESS LLC, | ) ) ) ) |  |
| Plaintiff/Counterclaim Defendant, | ) ) ) | CASE NO. 1:12-cv-0718-SEB-DML |
| v. | ) ) ) |  |
| APRESS MEDIA LLC, | ) |  |
| Defendant/ Counterclaim Plaintiff. | ) ) ) ) |  |

ORDER GRANTING
MOTION FOR LEAVE FOR APRESS MEDIA, LLC TO FILE UNDER SEAL

This matter is before the Court on Motion of the Defendant Apress Media, LLC ("Apress") for Leave to File under seal certain exhibits in Opposition to App Press LLC's Motion to Amend the Case Management Plan.

Being duly advised, to protect the confidentiality of confidential and proprietary information of App Press LLC, the Court **GRANTS** the motion. Accordingly, it is hereby **ORDERED** that the Clerk maintain docket number 70 under seal.

IT IS SO ORDERED.

Dated: 07/10/2013

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via CM/ECF.