UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| APP PRESS LLC | ) |
|     Plaintiff and Counterclaim-Defendant, | ) |
| vs. | ) Case No. 1:12-cv-718-SEB-DML |
| APRESS MEDIA LLC, | ) |
|     Defendant and Counterclaim-Plaintiff. | ) |

**ORDER GRANTING MOTION FOR LEAVE
FOR APRESS MEDIA, LLC TO FILE UNDER SEAL**

This matter is before the Court on the Motion of the Defendant Apress Media, LLC ("Apress") for Leave to File under Seal a Certain Exhibit in Support of its Opposition to App Press LLC's Motion to Compel Discovery Responses.

Being duly advised, to protect the confidentiality of confidential and proprietary information of Apress, the Court **GRANTS** the motion. Accordingly, it is hereby **ORDERED** that the Clerk maintain docket number 76 under seal.

IT IS SO ORDERED.

Dated: 07/10/2013

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via CM/ECF.