# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| APP PRESS LLC )<br>    Plaintiff and Counterclaim-Defendant, )<br>vs. )<br> )<br>APRESS MEDIA LLC, )<br>    Defendant and Counterclaim-Plaintiff. ) | Case No.   1:12-cv-718-SEB-DML |

## DEFENDANT APRESS MEDIA LLC'S RESPONSE TO PLAINTIFF APP PRESS LLC'S REQUEST FOR ORAL ARGUMENT

In response to Plaintiff and Counterclaim-Defendant App Press LLC's ("App Press") Request for Oral Argument, Defendant and Counterclaim-Plaintiff Apress Media LLC ("Apress") does not believe that the issues are complex or require oral argument but has no objection if the Court believes that oral argument may be helpful in resolving the issues presented by the applicable motions.

Respectfully submitted:

July 17, 2013

By: */s/ Jeff M. Barron*
Jeff M. Barron
jeff.barron@btlaw.com
Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis, IN 46204-3535
Tel: (317) 236-1313
Fax: (317) 231-7433

Mark G. Matuschak *(pro hac vice)*
mark.matuschak@wilmerhale.com
Louis W. Tompros *(pro hac vice)*

        louis.tompros@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Tel.: (617)526-6000
Fax.: (617)526-5000

Sadaf R. Abdullah *(pro hac vice)*
sadaf.abdullah@wilmerhale.com
Jane A. Dryer *(pro hac vice)*
jane.dryer@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
250 Greenwich Street
New York, NY 10007
Tel.: (212)230-8800
Fax: (212)230-8888

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing documents were served on Counsel of Record on this 17th day of July by operation of the Court's electronic filing system.

        */s/ Jeff M. Barron*
        Attorney for Defendant and Counterclaim-
        Plaintiff Apress Media LLC