UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| APP PRESS LLC | ) |
|     Plaintiff and Counterclaim-Defendant, | ) |
| vs. | ) Case No.   1:12-cv-718-SEB-DML |
| APRESS MEDIA LLC, | ) |
|     Defendant and Counterclaim-Plaintiff. | ) |

**[PROPOSED] ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of Deborah Pollack-Milgate of the law firm Barnes & Thornburg LLP, seeking an Order granting Martin Gilmore of Wilmer Cutler Pickering Hale and Dorr LLP, leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Apress Media LLC in the above-styled cause only.  Being fully advised, it is now

ORDERED that the motion be, and hereby is, GRANTED.

Dated:   07/24/2013

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution to all counsel of record via CM/ECF.

and

Martin Gilmore
WilmerHale
250 Greenwich Street
New York, NY 10007