UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| APP PRESS LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:12-cv-00718-SEB-DML |
| ) | |
| APRESS MEDIA LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## Order Lifting Seal

The court's July 16, 2013 margin entry (Dkt. 88) set a deadline of July 26, 2013, for defendant Apress Media, LLC to demonstrate that two documents it designated as confidential met the applicable standards for their maintenance under seal. Apress Media has not filed anything to make that showing. Accordingly, the clerk is directed to unseal Dkt. 84 and Dkt. 85.

So ORDERED.

Date: 08/07/2013

_Debra McVicker Lynch_
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

*Note: As permitted by Local Rule 5-5(b)(2), the court will not distribute copies of this order to those attorneys not registered for electronic notification via CM/ECF.*