UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| APP PRESS LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>APRESS MEDIA LLC, )<br>)<br>Defendant. )<br>) | CASE NO. 1:12-cv-00718-SEB-DML |

Order Setting Discovery Conference

This case is before the court on the plaintiff's motion (Dkt. 97) requesting the court schedule a discovery conference. Having considered the motion and related filings, the court GRANTS the plaintiff's motion and sets this case for a telephone discovery conference on **September 26, 2013, at 11:30 a.m. (Eastern).** Counsel are to contact the court at 317.229.3630 to participate in the conference. Where multiple counsel from a firm are participating in the conference, those counsel should make arrangements to call the court on a single line.

So ORDERED.

Date: 09/13/2013

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

*Note: As permitted by Local Rule 5-5(b)(2), the court will not distribute copies of this order to those attorneys not registered for electronic notification via CM/ECF.*