UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| APP PRESS LLC, | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | |
| | ) | CASE NO. 1:12-cv-0718-SEB-DML |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| APRESS MEDIA LLC, | ) | |
| | ) | |
| Defendant/ Counterclaim Plaintiff. | ) | |

## APP PRESS'S MOTION FOR SUMMARY JUDGMENT ON APRESS MEDIA'S COUNTERCLAIMS

Plaintiff/Counterclaim Defendant, App Press LLC, by counsel and pursuant to Rule 56 of the Federal Rules of Civil Procedure, respectfully requests that the Court enter summary judgment in its favor as to the issues raised in the Counterclaims on the grounds that there exists no issue of material fact and that App Press is entitled to judgment as a matter of law.  In support of these arguments and contemporaneous to the filing of this motion, Plaintiff has filed contemporaneously herewith a Brief in Support of its Motion for Summary Judgment.

WHEREFORE, App Press respectfully requests that the Court grant summary judgment in App Press's favor and against Apress Media on its Counterclaims, rule that this is an exceptional case and award App Press its attorneys fees and expenses, and for all other appropriate relief.

Respectfully submitted,

/s Jacob R. Cox
Jacob R. Cox, Attorney No. 26321-49

**COX LAW OFFICE**
1606 N. Delaware Street

Indianapolis, Indiana 46202
T: 317.884.8550
F: 317.660.2453
jcox@coxlaw.org
*Attorney for Plaintiff/Counterclaim Defendant*
*App Press LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via the Court's CM/EMF system, which will serve notice of filing on the following counsel of record via the CM/EMF system, on the 24th day of October, 2013:

| | |
|---|---|
| Deborah Pollack-Milgate | Jeff M. Barron |
| dmilgate@btlaw.com | jeff.barron@btlaw.com |
| | |
| Sadaf R. Abdullah | Mark G. Matuschak |
| sadaf.abdullah@wilmerhale.com | mark.matuschak@wilmerhale.com |
| | |
| Louis W. Tompros | Jane A. Dryer |
| louis.tompros@wilmerhale.com | jane.dryer@wilmerhale.com |
| | |
| Vinita Ferrera | Martin Gilmore |
| vinita.ferrera@wilmerhale.com | Martin.gilmore@wilmerhale.com |

/s *Jacob R. Cox*

Jacob R. Cox