UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| APP PRESS LLC,<br>    Plaintiff and Counterclaim Defendant,<br><br>    v.<br><br>APRESS MEDIA LLC,<br>    Defendant and Counterclaim Plaintiff. | CASE NO. 1:12-cv-0718-SEB-DML |

**ORDER GRANTING**
**MOTION FOR LEAVE FOR APRESS MEDIA, LLC TO FILE UNDER SEAL**

This matter is before the Court on motion of the Defendant Apress Media, LLC ("Apress"), to permit certain exhibits listed in support of its Motion for Partial Summary Judgment to be filed under seal: the court grants the motion and directs the Clerk to maintain docket 103 under seal. Within 7 days, the party that designated the exhibits confidential must demonstrate good cause for their continued maintenance under seal. Absent that, the filings will be unsealed.

So ORDERED.

Date: 10/29/2013

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via CM/ECF.