UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| APP PRESS LLC,             )<br>                            )<br>    Plaintiff/Counterclaim  )<br>    Defendant,              )<br>                            )<br>v.                          )<br>                            )<br>APRESS MEDIA LLC,           )<br>                            )<br>    Defendant/ Counterclaim )<br>    Plaintiff.              )<br>                            )  | CASE NO. 1:12-cv-0718-SEB-DML<br><br>**JURY TRIAL DEMANDED** |

### ORDER ON APP PRESS'S MOTION FOR LEAVE TO FILE APPENDIX AND EXHIBITS

This matter is before the Court App Press LLC's Motion to File Appendix and Exhibits to its Motion for Summary Judgment, and the Court, being duly advised, hereby finds that good cause exists for the same and thus GRANTS that Motion.

Accordingly, it is hereby ORDERED that App Press is allowed to file the Appendix and Exhibits to its Motion for Summary Judgment in the form filed by App Press under seal contemporaneous to its Motion for Leave.

Date: 10/29/2013

*Debra McVicker Lynch* (signature)
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution to: Counsel of Record via the Court's CM/EMF system