UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| APP PRESS LLC, | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) ) | CASE NO. 1:12-cv-0718-SEB-DML |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| APRESS MEDIA LLC, | ) ) | |
| Defendant/ Counterclaim Plaintiff. | ) ) ) | |

### ORDER ON APP PRESS'S MOTION TO FILE UNDER SEAL

This matter is before the Court on App Press LLC's Motion to File Under Seal Appendix and Exhibits to its Motion for Summary Judgment (Dkt. 110), and the Court, being duly advised and in order to protect the confidentiality of documents designated as such by App Press, hereby GRANTS that Motion.

Accordingly, it is hereby ORDERED that the Clerk maintain docket number 109 under seal. Within seven days, the designating party must file a motion demonstrating good cause for continued maintenance under seal. Absent that, the filing will be unsealed.

Date: 10/29/2013

_Debra McVicker Lynch_
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution to: Counsel of Record via the Court's CM/EMF system