UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| APP PRESS LLC,<br>    Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>APRESS MEDIA LLC,<br>    Defendant and Counterclaim Plaintiff. | CASE NO. 1:12-cv-0718-SEB-DML |

**ORDER GRANTING MOTION TO MAINTAIN EXHIBITS 12-20
AND 22-25 TO APP PRESS'S MOTION FOR SUMMARY JUDGMENT UNDER SEAL**

This cause has come before the Court on Apress's Motion to Maintain Exhibits 12-20 and 22-25 to App Press's Motion for Summary Judgment Under Seal. Being fully advised, it is now

ORDERED that the motion be, and hereby is GRANTED.

Date: 11/12/2013

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Cc:    Counsel of Record