UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| APP PRESS LLC,<br>    Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>APRESS MEDIA LLC,<br>    Defendant and Counterclaim Plaintiff. | CASE NO. 1:12-cv-0718-SEB-DML |

**ORDER ON MOTION FOR WITHDRAWAL OF APPEARANCE OF
SADAF R. ABDULLAH**

This matter came before the Court on Deborah Pollack-Milgate's Motion for Withdrawal of Appearance of Sadaf R. Abdullah. The Court, being duly advised, hereby GRANTS said Motion.

IT IS THEREFORE ORDERED that Sadaf R. Abdullah's appearance is withdrawn from this case.

Dated: 11/13/2013

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana