**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| APP PRESS LLC, | ) | |
| Plaintiff and Counterclaim Defendant, | ) | CASE NO. 1:12-cv-0718-SEB-DML |
| v. | ) | |
| APRESS MEDIA LLC, | ) | |
| Defendant and Counterclaim Plaintiff. | ) | |

**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE FOR THE PARTIES' RESPONSES TO MOTIONS FOR SUMMARY JUDGMENT**

This matter came before the Court on the Joint Motion to Extend Deadline for the Parties' Responses to Motions for Summary Judgment. Having considered the matter, and being otherwise duly advised, the Court hereby GRANTS the Joint Motion.

It is SO ORDERED. The Parties shall have to and including December 2, 2013 within which to file their respective responses to the opposing party's motion for summary judgment.

Date: 11/19/2013

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated through the court's ECF system