UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| APP PRESS LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:12-cv-00718-SEB-DML |
| | ) |
| APRESS MEDIA LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## Entry from November 19, 2013 Discovery Hearing

The parties, by counsel, participated in a telephone discovery hearing on November 19, 2013, with the magistrate judge to resolve a dispute that arose during deposition. The court heard argument and made a ruling on the record of the deposition. The substance of the ruling is that the parties must address the relevance and confidentiality issues in the context of a written motion. Should the court determine that the deponent must answer the proposed line of questions, he must be produced for deposition again.

So ORDERED.

Date: 11/20/2013

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system