UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| APP PRESS LLC, | ) | |
| | ) | |
|     Plaintiff/Counterclaim Defendant, | ) ) | CASE NO. 1:12-cv-0718-SEB-DML |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| APRESS MEDIA LLC, | ) ) | |
|     Defendant/ Counterclaim Plaintiff. | ) ) ) | |

**ORDER ON APP PRESS'S MOTION TO MAINTAIN FILINGS UNDER SEAL**

This matter is before the Court App Press LLC's Motion to Maintain Under Seal Exhibits A, N, O, P, and Q to Exhibit 1 (Affidavit of Grant Glas) to App Press's Appendix to Motion for Summary Judgment; Exhibit 7 of Apress Media's Motion for Summary Judgment; Exhibits 8, 9, and 10 to Apress Media's Motion for Summary Judgment, and certain redactions to Apress Media's brief, and the Court, being duly advised and in order to protect the confidentiality of documents designated as such by App Press, hereby GRANTS that Motion.

The Court thus orders that Exhibits A, N, O, P and Q to Exhibit 1 to App Press's Appendix of Exhibits to Motion for Summary Judgment (Dkt. No. 109) should remain under seal.

The Court further orders that Exhibit 7, as well as the entirety of Exhibits 8, 9, and 10 to Apress Media's Memorandum in Support of Motion for Partial Summary Judgment (Dkt. No. 103) should remain under seal, and that Apress Media shall submit a redacted version of its Memorandum in Support of Motion for Partial Summary Judgment redacting those lines indicated by App Press to be redacted due to their confidential nature.

Accordingly, it is hereby ORDERED that the Clerk maintain the above filings under seal.

SO ORDERED  11/22/2013

_Debra McVicker Lynch_
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution to: Counsel of Record via the Court's CM/EMF system