*App Press LLC v. Apress Media LLC*
Apress's Revised Privilege Log
September 3, 2013

| Log No. | Document Date | From/Author | To | CC | Basis For Withholding | Email Attachment? | | Privilege Description | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 6/14/2011 | Paul Manning | Cordula Warmuth*, Wiebke Moellering* | | Attorney Client | | email | seeking legal advice regarding | trademark rights | |
| 2 | 6/15/2011 | Cordula Warmuth* | Parwis Vatankhah*, Janina Weidemann* | | Attorney Client | | email | seeking legal advice regarding | trademark rights | |
| 3 | 6/15/2011 | Parwis Vatankhah* | Barbara Barakat* | Michael Bevilacqua*, Janey Davidson* | Attorney Client | | email | providing information for the purpose of obtaining legal advice regarding | trademark rights | |
| 4 | 6/16/2011 | Barbara Barakat* | Parwis Vatankhah* | Michael Bevilacqua* | Attorney Client & Work Product | | email | providing legal advice regarding | trademark rights | |
| 5 | 6/20/2011 | Cordula Warmuth* | Paul Manning | | Attorney Client & Work Product | | email | providing legal advice regarding | trademark rights | |
| 6 | 6/21/2011 | Paul Manning | Paul Manning | | Attorney Client & Work Product | | email | conveying legal advice and seeking information to facilitate the rendering of legal advice regarding | trademark rights | at the direction of Attorney Barakat* and Attorney Warmuth in anticipation of litigation |
| 7 | 6/21/2011 | Paul Manning | management@apress.com | | Attorney Client & Work Product | | email | conveying legal advice and seeking information to facilitate the rendering of legal advice regarding | trademark rights | at the direction of Attorney Barakat* and Attorney Warmuth in anticipation of litigation |
| 8 | 6/21/2011 | Jeffrey Pepper | Paul Manning | | Attorney Client & Work Product | | email | providing information to facilitate the rendering of legal advice regarding | trademark rights | at the direction of Attorney Barakat* and Attorney Warmuth in anticipation of litigation |
| 9 | 8/10/2011 | Jeffrey Pepper | Paul Manning | | Work Product | | email | providing information to facilitate the rendering of legal advice regarding | trademark rights | prepared at the direction of outside counsel in anticipation of litigation |
| 10 | 8/10/2011 | Jeffrey Pepper | | | Work Product | email attachment | draft document with notations | providing information to facilitate the rendering of legal advice regarding | trademark rights | prepared at the direction of outside counsel in anticipation of litigation |
| 11 | 9/20/2011 | Barbara Barakat* | Julia Schulz* | Janina Weidemann*, Michael Bevilacqua* | Attorney Client & Work Product | | email | providing legal advice and information to facilitate the rendering of legal advice regarding | trademark rights | |
| 12 | 9/20/2011 | Barbara Barakat* | Julia Schulz* | Janina Weidemann*, Michael Bevilacqua* | Attorney Client & Work Product | | email | providing legal advice and information to facilitate the rendering of legal advice regarding | trademark rights | |
| 13 | 9/20/2011 | Barbara Barakat* | Julia Schulz* | Janina Weidemann*, Michael Bevilacqua* | Attorney Client & Work Product | | email | providing legal advice and information to facilitate the rendering of legal advice regarding | trademark rights | |
| 14 | 9/20/2011 | Barbara Barakat* | Julia Schulz* | Janina Weidemann*, Michael Bevilacqua* | Attorney Client & Work Product | | email | providing legal advice and information to facilitate the rendering of legal advice regarding | trademark rights | |
| 15 | 9/23/2011 | Julia Schulz* | Barbara Barakat* | Janina Weidemann*, Michael Bevilacqua* | Attorney Client | | email | seeking legal advice regarding | trademark rights | |
| 16 | 9/23/2011 | Julia Schulz* | Barbara Barakat* | Janina Weidemann*, Michael Bevilacqua* | Attorney Client | | email | seeking legal advice regarding | trademark rights | |
| 17 | 9/23/2011 | Julia Schulz* | Barbara Barakat* | Janina Weidemann*, Michael Bevilacqua* | Attorney Client | | email | seeking legal advice regarding | trademark rights | |
| 18 | 9/23/2011 | Julia Schulz* | Barbara Barakat* | Janina Weidemann*, Michael Bevilacqua* | Attorney Client | | email | seeking legal advice regarding | trademark rights | |
| 19 | 10/5/2011 | Barbara Barakat* | Julia Schulz* | Janina Weidemann*, Michael Bevilacqua* | Attorney Client & Work Product | | email | providing legal advice regarding | trademark rights | |
| 20 | 10/5/2011 | Barbara Barakat* | Julia Schulz* | Janina Weidemann*, Michael Bevilacqua* | Attorney Client & Work Product | | email | providing legal advice regarding | trademark rights | |
| 21 | 10/5/2011 | Barbara Barakat* | Julia Schulz* | Janina Weidemann*, Michael Bevilacqua* | Attorney Client & Work Product | | email | providing legal advice regarding | trademark rights | |
| 22 | 10/5/2011 | Barbara Barakat* | Julia Schulz* | Janina Weidemann*, Michael Bevilacqua* | Attorney Client & Work Product | | email | providing legal advice regarding | trademark rights | |
| 23 | 10/6/2011 | Parwis Vatankhah* | Wiebke Moellering* | Cordula Warmuth*, Janina Weidemann*, Julia Schulz* | Attorney Client & Work Product | | email | seeking information to facilitate the rendering of legal advice regarding | trademark rights | |
| 24 | 10/6/2011 | Parwis Vatankhah* | Wiebke Moellering* | Cordula Warmuth*, Janina Weidemann*, Julia Schulz* | Attorney Client & Work Product | | email | seeking information to facilitate the rendering of legal advice regarding | trademark rights | |

*App Press LLC v. Apress Media LLC*
Apress's Revised Privilege Log
September 3, 2013

| # | Date | From | To | CC | Privilege | Type | Description | Subject | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 25 | 10/6/2011 | Parwis Vatankhah* | Wiebke Moellering* | Cordula Warmuth*, Janina Weidemann*, Julia Schulz* | Attorney Client & Work Product | email | seeking information to facilitate the rendering of legal advice regarding | trademark rights | |
| 26 | 10/25/2011 | Paul Manning | Cordula Warmuth*, Wiebke Moellering* | Jeffrey Pepper | Attorney Client | email | seeking legal advice regarding | trademark rights | |
| 27 | 10/25/2011 | Paul Manning | Cordula Warmuth*, Wiebke Moellering* | Jeffrey Pepper | Attorney Client | email | seeking legal advice regarding | trademark rights | |
| 28 | 10/27/2011 | Paul Manning | Jeffrey Pepper | | Attorney Client | email | conveying information from Attorney Haufler* regarding request for legal advice regarding | trademark rights | sent to Attorney Moellering* and Attorney Warmuth* |
| 29 | 10/27/2011 | Jeffrey Pepper | Paul Manning | | Attorney Client | email | conveying legal advice regarding | trademark rights | provided by Attorney Haufler* |
| 30 | 10/27/2011 | Jeffrey Pepper | Paul Manning | | Attorney Client | email | regarding request for legal advice regarding | trademark rights | sent to Attorney Moellering* and Attorney Warmuth* |
| 31 | 10/27/2011 | Karoline Haufler* | Paul Manning | | Attorney Client | email | regarding request for legal advice regarding | trademark rights | sent to Attorney Moellering* and Attorney Warmuth* |
| 32 | 12/9/2011 | Cordula Warmuth* | Paul Manning | | Attorney Client & Work Product | email | seeking information to facilitate the rendering of legal advice regarding | trademark rights | requested by Attorney Warmuth* and Attorney Vatankhah* in anticipation of litigation |
| 33 | 12/9/2011 | Cordula Warmuth* | Paul Manning | | Attorney Client & Work Product | email | seeking information to facilitate the rendering of legal advice regarding | trademark rights | requested by Attorney Warmuth* and Attorney Vatankhah* in anticipation of litigation |
| 34 | 12/9/2011 | Cordula Warmuth* | Paul Manning | | Attorney Client & Work Product | email | seeking information to facilitate the rendering of legal advice regarding | trademark rights | requested by Attorney Warmuth* and Attorney Vatankhah* in anticipation of litigation |
| 35 | 12/13/2011 | Barbara Barakat* | Janina Weidemann* | Michael Bevilacqua* | Attorney Client & Work Product | email | seeking information regarding | trademark rights | in anticipation of litigation |
| 36 | 12/13/2011 | Barbara Barakat* | Janina Weidemann* | | Attorney Client & Work Product | email | seeking information regarding | trademark rights | in anticipation of litigation |
| 37 | 12/14/2011 | Paul Manning | Jeffrey Pepper | | Attorney Client & Work Product | email | seeking information to facilitate the rendering of legal advice regarding | trademark rights | requested by Attorney Warmuth* and Attorney Vatankhah* in anticipation of litigation |
| 38 | 12/14/2011 | Paul Manning | Jeffrey Pepper | | Attorney Client & Work Product | email | seeking information to facilitate the rendering of legal advice regarding | trademark rights | requested by Attorney Warmuth* and Attorney Vatankhah* in anticipation of litigation |
| 39 | 12/14/2011 | Paul Manning | Jeffrey Pepper | | Attorney Client & Work Product | email | seeking information to facilitate the rendering of legal advice regarding | trademark rights | requested by Attorney Warmuth* and Attorney Vatankhah* in anticipation of litigation |
| 40 | 12/14/2011 | Jeffrey Pepper | Paul Manning | | Work Product | email | providing information to facilitate the rendering of legal advice regarding | trademark rights | prepared at the direction of Attorney Warmuth* and Attorney Vatankhak* in anticipation of litigation |
| 41 | 12/14/2011 | Paul Manning | Jeffrey Pepper | | Attorney Client & Work Product | email | regarding legal advice regarding | trademark rights | provided by Attorney Barakat* in anticipation of litigation |
| 42 | 12/14/2011 | Jeffrey Pepper | Paul Manning | | Work Product | email | providing information to facilitate the rendering of legal advice regarding | trademark rights | prepared at the direction of Attorney Warmuth* and Attorney Vatankhak* in anticipation of litigation |
| 43 | 12/22/2011 | Barbara Barakat* | Janina Weidemann* | Michael Bevilacqua*, Parwis Vatankhah* | Attorney Client & Work Product | email | seeking information to facilitate the rendering of legal advice regarding | draft document | prepared by Attorney Barakat* in anticipation of litigation |
| 44 | 1/3/2012 | Janina Weidemann* | Paul Manning | Parwis Vatankhah*, Cordula Warmuth* | Attorney Client & Work Product | email | seeking information to facilitate the rendering of legal advice regarding | draft document | prepared by Attorney Barakat* in anticipation of litigation |
| 45 | 1/3/2012 | Paul Manning | Jeffrey Pepper, Jeffrey Stonefield | | Attorney Client & Work Product | email | conveying request for information to facilitate the rendering of legal advice regarding | draft document | prepared by Attorney Barakat* in anticipation of litigation |
| 46 | 1/3/2012 | Jeffrey Pepper | Paul Manning | | Work Product | email | providing information at the direction of Attorney Barakat* regarding | draft document | prepared by Attorney Barakat* in anticipation of litigation |
| 47 | 2/15/2012 | Cordula Warmuth* | Paul Manning | | Attorney Client | email | seeking and providing information to facilitate the rendering of legal advice regarding | trademark rights | |

| # | Date | From | To | CC | Privilege | Type | Description | Subject | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 48 | 2/21/2012 | Janina Weidemann* | Janey Davidson*, Barbara Barakat* | | Attorney Client & Work Product | email | providing information to facilitate the rendering of legal advice regarding | trademark rights | |
| 49 | 2/28/2012 | Janina Weidemann* | Janey Davidson*, Barbara Barakat* | | Attorney Client & Work Product | email | providing information to facilitate the rendering of legal advice regarding | trademark rights | |
| 50 | 2/28/2012 | Barbara Barakat* | Janina Weidemann* | Parwis Vatankhah*, Janey Davidson* | Attorney Client & Work Product | email | providing information to facilitate the rendering of legal advice regarding | trademark rights | |
| 51 | 3/30/2012 | Janina Weidemann* | Barbara Barakat* | | Attorney Client & Work Product | email | providing information to facilitate the rendering of legal advice regarding | possibility of litigation | |
| 52 | 4/2/2012 | Barbara Barakat* | Janina Weidemann* | | Attorney Client & Work Product | email | providing information to facilitate the rendering of legal advice regarding | possibility of litigation | |
| 53 | 4/24/2012 | Cordula Warmuth* | Jeffrey Pepper | | Attorney Client | email | seeking and providing information to facilitate the rendering of legal advice regarding | trademark rights | |
| 54 | 4/24/2012 | Jeffrey Pepper | Cordula Warmuth* | | Attorney Client | email | seeking and providing information to facilitate the rendering of legal advice regarding | trademark rights | |
| 55 | 4/24/2012 | Cordula Warmuth* | Jeffrey Pepper | Janina Weidemann*, Julia Schulz* | Attorney Client | email | seeking and providing information to facilitate the rendering of legal advice regarding | trademark rights | |
| 56 | 4/24/2012 | Jeffrey Pepper | Cordula Warmuth* | Janina Weidemann*, Julia Schulz* | Attorney Client | email | seeking and providing information to facilitate the rendering of legal advice regarding | trademark rights | |
| 57 | 4/24/2012 | Jeffrey Pepper | Cordula Warmuth* | Paul Manning | Attorney Client & Work Product | email | providing information to facilitate the rendering of legal advice regarding | trademark rights | prepared at the direction of Attorney Warmuth* and Attorney Vatankhak* in anticipation of litigation |
| 58 | 4/24/2012 | Jeffrey Pepper, Cordula Warmuth* | Cordula Warmuth*, Jeffrey Pepper, Paul Manning | Janina Weidemann*, Julia Schulz* | Attorney Client | email | seeking and providing information to facilitate the rendering of legal advice regarding | trademark rights | |