UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| APP PRESS LLC,<br>    Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>APRESS MEDIA LLC,<br>    Defendant and Counterclaim Plaintiff. | CASE NO. 1:12-cv-0718-SEB-DML |

**NOTICE OF MANUAL FILING**

Defendant Apress Media LLC's ("Apress") Exhibit 13 to its Response to App Press's Motion for Summary Judgment (Video Excerpt from the Deposition of Grant Glas), is an exhibit contained in Defendants' Exhibits filed under seal in support of its Response to App Press LLC's Motion for Summary Judgment (dkt. no. 129). This exhibit cannot be filed electronically through the Court's electronic filing system and is being manually filed with the Court on December 3, 2013. The exhibit is being filed under seal manually with this Notice and will be maintained in the Clerk's office, and is also being served upon counsel as noted in the attached Certificate of Service.

Dated: December 3, 2013           By:  /s Martin E. Gilmore
                                                               Deborah Pollack-Milgate (22475-49)
                                                               dmilgate@btlaw.com
                                                               Barnes & Thornburg LLP
                                                               11 S. Meridian Street
                                                               Indianapolis, IN 46204-3535
                                                               Tel: (317) 236-1313
                                                               Fax: (317) 231-7433

                                                               Mark G. Matuschak *(pro hac vice)*
                                                               mark.matuschak@wilmerhale.com
                                                               Louis W. Tompros *(pro hac vice)*

louis.tompros@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Tel.: (617) 526-6000
Fax.: (617) 526-5000

Martin E. Gilmore *(pro hac vice)*
martin.gilmore@wilmerhale.com
Jane A. Dryer *(pro hac vice)*
jane.dryer@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
250 Greenwich Street
New York, NY 10007
Tel.: (212) 230-8800
Fax: (212) 230-8888

*Attorneys for Apress Media LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing will be served upon the following counsel of record on December 3, 2013 by courier.

Jacob R. Cox
Cox Law Office
1606 N. Delaware St.
Indianapolis, IN 46202

Dated:   December 3, 2013         /s/ Martin E. Gilmore_____

*Attorney for Defendant/Counterclaim-Plaintiff Apress Media LLC*