UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| APP PRESS LLC, | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) ) | CASE NO. 1:12-cv-0718-SEB-DML |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| APRESS MEDIA LLC, | ) ) | |
| Defendant/ Counterclaim Plaintiff. | ) ) ) | |

### ORDER ON APP PRESS'S MOTION TO FILE AND MAINTAIN UNDER SEAL

This matter is before the Court on App Press LLC's Motion to File and Maintain Under Seal Exhibits B and F to App Press's Response In Opposition to Motion for Summary Judgment, and the Court, being duly advised and in order to protect the confidentiality of documents designated as such by App Press, hereby GRANTS that Motion.

The Court thus orders that Exhibits A, N, O, P and Q to Exhibit B to App Press's Response in Opposition to Motion for Partial Summary Judgment (Docket No. 126) should remain under seal.

The Court further orders that to Exhibit F to App Press's Response in Opposition to Motion for Partial Summary Judgment (Docket No. 127) should remain under seal.

Accordingly, it is hereby ORDERED that the Clerk maintain docket numbers 126 and 127 under seal.

SO ORDERED.

Date:___12/04/2013_____

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

2

Distribution to: Counsel of Record via the Court's CM/EMF system