UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

|  |  |
|---|---|
| APP PRESS LLC,<br>    Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>APRESS MEDIA LLC,<br>    Defendant and Counterclaim Plaintiff. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

> Granted in part and denied in part.  The motion does not demonstrate the requisite good cause for maintaining these filings under seal.  Within seven days, the designating party must demonstrate good cause with respect to each exhibit; the clerk is directed to maintain them under seal in the meantime.  In addition, it is not clear that the brief itself should be maintained under seal:  If references to sealed exhibits are pervasive, then that may be appropriate; otherwise, the defendant should file a redacted version.
>
> DML
> 12/4/13

### APRESS MEDIA LLC's MOTION FOR LEAVE TO FILE UNDER SEAL MEMORANDUM AND CERTAIN EXHIBITS IN SUPPORT OF OPPOSITION TO APP PRESS'S MOTION FOR SUMMARY JUDGMENT

Defendant Apress Media, LLC ("Apress"), by counsel, respectfully submits this Motion for Leave to File Under Seal Its Opposition to App Press's Motion for Summary Judgment and Certain Exhibits (Dkt. 106).  In support of this Motion, Apress states:

1. On May 29, 2013, this Court entered an Agreed Protective Order in this case. (Dkt. No. 54.)  That Protective Order provides the parties a means to designate information as confidential.  It also provides that parties filing information designated in such a manner should request that the filing be made under seal in accordance with the requirements of Local Rule 5-11.

2. Today, Apress, by counsel, is filing an Opposition to App Press's Motion for Summary Judgment.

3. Certain exhibits to the Opposition consist of documents that the parties have produced in this litigation and designated as "Confidential" and "Attorneys' Eyes Only" under the Protective Order.

4. Specifically, Apress seeks to file the following exhibits under seal:

   a. Apress Media LLC's Opposition to App Press's Motion for Partial Summary Judgment

   b. Exhibit 1:  Declaration of Paul Manning;

   c. Exhibit 3:  Excerpts from Rough Transcript of Deposition of Paul Manning;

   d. Exhibit 8:  Apress Website analytics;

   e. Exhibit 9:  Excerpts from Deposition of Grant Glas;

   f. Exhibit 10:  Excerpts from Deposition of Kevin Smith;

   g. Exhibit 13:  Video Excerpt from Deposition of Grant Glas;

   h. Exhibit 14:  Draft App Press Logos;

   i. Exhibit 24:  Excerpts from Deposition of Minh Nguyen;

   j. Exhibit 26:  Appress email marked "Confidential";

   k. Exhibit 27:  Appress email marked "Confidential";

   l. Exhibit 29:  App Press website analytics;

   m. Exhibit 30:  Apress website analytics;

   n. Exhibit 31:  December 18, 2012 Email from Minh Nguyen to Paul Manning; and

   o. Exhibit 37:  December 17, 2012 Emails regarding potential settlement.

5. Likewise, the Memorandum contains references to the contents of the foregoing documents and Opposition.

6. Good cause supports Apress's request to file each of the foregoing documents and under seal.

WHEREFORE, Apress respectfully requests leave to file the above-referenced documents and Opposition under seal pursuant to this Court's May 29, 2013 Protective Order.

ActiveEU 80796181v.1

Dated: December 2, 2013	By:	/s/ Martin E. Gilmore
Deborah Pollack-Milgate (22475-49)
dmilgate@btlaw.com
Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis, IN 46204-3535
Tel: (317) 236-1313
Fax: (317) 231-7433

Mark G. Matuschak *(pro hac vice)*
mark.matuschak@wilmerhale.com
Louis W. Tompros *(pro hac vice)*
louis.tompros@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Tel.: (617) 526-6000
Fax.: (617) 526-5000

Martin E. Gilmore *(pro hac vice)*
martin.gilmore@wilmerhale.com
Jane A. Dryer *(pro hac vice)*
jane.dryer@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
250 Greenwich Street
New York, NY 10007
Tel.: (212) 230-8800
Fax: (212) 230-8888

*Attorneys for Apress Media LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served on Counsel of Record on this 2nd day of December by operation of the Court's electronic filing system.

Dated:    December 2, 2013           /s/Martin E. Gilmore

*Attorney for Defendant/Counterclaim-Plaintiff Apress Media LLC*

ActiveEU 80796181v.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

|  |  |
|---|---|
| APP PRESS LLC,<br>    Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>APRESS MEDIA LLC,<br>    Defendant and Counterclaim Plaintiff. | )<br>)<br>)<br>)<br>)   CASE NO. 1:12-cv-0718-SEB-DML<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER GRANTING
<u>MOTION FOR LEAVE FOR APRESS MEDIA, LLC TO FILE UNDER SEAL</u>**

This matter is before the Court on motion of the Defendant Apress Media, LLC ("Apress"), to permit its memorandum and certain exhibits in support of its Opposition to App Press's Motion for Partial Summary Judgment to be filed under seal:

Being duly advised, to protect the confidentiality of confidential and propriety information of App Press LLC, the Court **GRANTS** the motion. Accordingly, it is hereby **ORDERED** that the Clerk maintain Docket Number 129 in its entirety under seal.

IT IS SO ORDERED.


Dated:  _____




Distribution to all counsel of record via CM/ECF.