UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

|  |  |
|---|---|
| APP PRESS LLC,<br>    Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>APRESS MEDIA LLC,<br>    Defendant and Counterclaim Plaintiff. | )<br>)<br>)<br>)<br>)   CASE NO. 1:12-cv-0718-SEB-DML<br>)<br>)<br>)<br>)<br>)<br>) |

**APRESS MEDIA LLC'S MOTION TO SEAL EXHIBIT 4 TO APRESS'S
OPPOSITION TO APP PRESS'S MOTION FOR SUMMARY JUDGMENT**

Defendant Apress Media LLC's ("Apress") hereby moves the Court to seal Exhibit 4 (Dkt. 131-2), which was previously filed publicly by Apress in support of its Response in Opposition to App Press's Motion for Summary Judgment (Dkt. 129). Exhibit 4 discusses documents and testimony that App Press has designated as "Confidential" under the Protective Order. As a result, Apress requests that this exhibit be placed under seal. Pursuant to the Amended Case Management Plan (Dkt. 49 at 12), Apress has obtained App Press's consent to this motion.

WHEREFORE, Apress respectfully requests that the Court grant Apress's Motion and seal Exhibit 4.

Dated: December 7, 2013                 By:    /s/ Martin E. Gilmore
                                                           Deborah Pollack-Milgate (22475-49)
                                                           dmilgate@btlaw.com
                                                           Barnes & Thornburg LLP
                                                          11 S. Meridian Street
                                                          Indianapolis, IN 46204-3535
                                                         Tel: (317) 236-1313
                                                         Fax: (317) 231-7433

Mark G. Matuschak *(pro hac vice)*
mark.matuschak@wilmerhale.com
Louis W. Tompros *(pro hac vice)*
louis.tompros@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Tel.: (617) 526-6000
Fax.: (617) 526-5000

Martin E. Gilmore *(pro hac vice)*
martin.gilmore@wilmerhale.com
Jane A. Dryer *(pro hac vice)*
jane.dryer@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
250 Greenwich Street
New York, NY 10007
Tel.: (212) 230-8800
Fax: (212) 230-8888

*Attorneys for Apress Media LLC*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the foregoing will be served upon the following counsel of record on December 7, 2013 by operation of the Court's CM/ECF system.

Jacob R. Cox  
Cox Law Office  
1606 N. Delaware St.  
Indianapolis, IN 46202

Dated:    December 7, 2013        /s/ Martin E. Gilmore_____

                                                    *Attorney for Defendant/Counterclaim-*  
                                                    *Plaintiff Apress Media LLC*