# EXHIBIT 1
## [FILED UNDER SEAL]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| APP PRESS LLC, | ) |
|     Plaintiff/Counterclaim Defendant, | ) ) ) ) CASE NO. 1:12-cv-0718-SEB-DML |
| v. | ) |
| APRESS MEDIA LLC, | ) |
|     Defendant/ Counterclaim Plaintiff. | ) ) ) ) |

**DECLARATION OF PAUL MANNING IN OPPOSITION TO APP PRESS LLC'S MOTION FOR SUMMARY JUDGMENT**

I, Paul Manning, declare as follows:

1. My name is Paul Manning, and I am a resident of New York. I am over the age of 21 and am competent to testify to the matters and facts set forth below, all of which are within my personal knowledge, based in part upon conversations with other former and current employees of Apress Media LLC ("Apress"), the defendant in this matter.

**PERSONAL BACKGROUND**

2. I have been employed by Apress since 2007. My current position, which I have held since 2008, is President and Publisher of Apress. From 2007 to 2008, I served as Managing Director of Apress, and prior to that role, I served as the Vice President, Books Sales at Springer Science+Business Media, the parent company of Apress. As President and Publisher of Apress, I am responsible for overall publishing strategy, budgeting, system development, personnel development and sales arrangements. In addition to my responsibilities at Apress, I also hold the position of Executive Vice President Computer Science Publishing at Springer Science+Business Media.

1

3. I obtained a BS in Mechanical Engineering degree from Columbia University in 1986 and a MS in Mechanical Engineering from Columbia University in 1989.

## HISTORY OF APRESS

4. Apress Media LLC, a division of Springer Science+Business Media, is a well-known technical publishing firm based in New York City. Apress was founded in 1998 by Dan Appleman and Gary Cornell, both of whom had authored numerous technical books. In creating Apress, they hoped to build an innovative, high-quality publishing company that would meet the needs of both existing and potential programming professionals.

5. I have 23 years of experience in the publishing industry, and have worked as Product Manager, Marketing Manager, Marketing Director, Director Sales and Marketing, Vice President Sales, and Executive Vice President, Publishing. I have worked for Springer Science and Business Media. I have experience in both print and digital publishing through my roles at Springer Science and Business Media.

6. I joined Apress in 2007, when Springer Science+Business Media acquired Apress, in part because of its strong reputation as a technical publisher.

7. Apress publishes books in electronic and print formats primarily for software developers, programmers, business people, and IT professionals. To date, Apress has published more than 1,500 books and is the leading publisher in programming for the iPhone, iPad, Android, and Microsoft markets.

8. As its business grew, Apress expanded its work beyond programming professionals. While the majority of Apress's publications are related to the field of computer technology, a significant portion of its books are related to other subjects such as general business, financial investing, consumer electronics, and women tech entrepreneurs in the workplace.

9. Apress began publishing electronic books (or "e-books") in 2005. Today, over 60 percent of Apress's revenue is derived from selling books in electronic formats. Apress sells its e-books through multiple channels, including its own website www.apress.com, Apple's iBookstore store (worldwide), Amazon's Kindle Stores (Worldwide), and Google Play (worldwide). Most of Apress's titles are also distributed online through subscription services such as SpringerLink, Books 24X7, Safari Books Online and others.

10. Apress is dedicated to building and maintaining its reputation as a high-quality publisher. Ensuring that the APRESS mark is associated with only high-quality works is essential to attracting the best authors and expanding our readership.

11. To achieve that goal, Apress has put in place a rigorous editing and publishing process before publication under the APRESS mark. Content that does not meet Apress's editorial standards will not be published. To begin, an Apress author is given user credentials to access Apress's online platform. The author is then able to log in via the Apress production website (www.apressmedia.sharepoint.com ) and start creating his or her work. We provide our authors with instructions on how to structure his/her manuscript. Each of Apress's authors work with four different editors—an Acquisitions Editor, a Coordinating Editor, a Technical Reviewer, and a Developmental Editor—to improve the accuracy and quality of their raw content. Specifically, the acquisitions editor works with the author(s) to determine the scope and structure of the topic and negotiates a publishing contract. The coordinating editor plays the role of project manager and works with the author(s) on the project schedule and moves the project through the system. Our technical reviewers make sure that the content is technically correct and up-to date. Our developmental editors work with the author(s) to help them refine his/her own voice and develop an effective way of presenting the material. This process invites extensive feedback and ensures

that complicated concepts are explained clearly, thoroughly, and accurately. Once the author has incorporated all changes and comments from his/her editors, the text is copyedited and proofed to produce a polished work. The production team then converts the files into a certain page style, which often requires redrawing or re-photographing the artwork. Finally, the Apress system outputs a file embedded with XML code which can be used to publish the book in different electronic and print formats.

### THE APRESS TRADEMARK

12. Apress owns United States Trademark Registration No. 3928078 for the mark APRESS and has used the mark in association with its goods and services since shortly after the company was founded in 1998. The name "Apress" is a contraction of the company's original name, the "Author's Press."

13. Apress and its parent company, Springer Science+Business Media, have spent considerable sums of money and effort (1) building the APRESS brand, (2) promoting the APRESS brand, and (3) protecting Apress's valuable rights in the APRESS trademark.

14. Over the last fifteen years, Apress has established its commitment to the quality of its products. Indeed, Mark Brokering, the director of content management and acquisitions for Safari Books Online, has referred to Apress's products as a "prestigious line of technical books" and characterized Apress itself as possessing a "well-earned reputation for publishing high-quality books." In addition, companies such as Intel and Microsoft list Apress's books on their websites. ███████████████████████████████████████████████████████████████████

15. Apress has invested significant energy and resources to promote the APRESS trademark. For example, Apress has specifically touted the high quality, no-fluff content of its publications

in advertising and other promotional materials provided to its customers and prospective authors.

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

████████████████████████ Apress markets its brand and products in the following ways:

- We advertise on social media sites such as Facebook, Twitter, Meetup, and Linkedin.
- We advertise and staff booths at large technology conferences and trade shows, such as Oracle World, WWDC, and South by Southwest, Microsoft TechEd, Apps World, PASS, Codemash.
- We use electronic direct mail and traditional flyers and brochures.
- We publish press releases on new books.
- Our publicity department reaches out to reviewers and user groups.
- We work with our authors to prepare them for appearances.
- We advertise special discounts on our websites—such as our cut prices on Cyber Monday.
- We pay for banner advertising on certain websites, such as Stackoverflow.
- We also order promotional items, such as mouse pads, pens, and t-shirts, with the Apress trademark on them.
- We place the Apress mark on packing materials in boxes of books that we send to retailers.

- Springer, our parent company, advertises our brand and recently-released books in promotional catalogs and at the Frankfurt Bookfair, London Bookfair, Bejing International Bookfair and BookExpo America.

16. Apress fiercely protects its trademark and has taken measures to prevent the sale or marketing in the United States of any product having a confusingly similar mark. When Apress first learned of App Press's use of a very similar mark, Apress contacted App Press requesting that it discontinue use of that name. When App Press refused to negotiate a settlement and, instead, chose to file for declaratory judgment, Apress filed counterclaims of infringement and dilution, among other claims.

## HARM TO APRESS CAUSED BY APP PRESS'S CONDUCT

17. App Press's use of the "App Press" name and various related domain names, such as myappress.com and appress.co, risks substantially harming Apress's reputation as a leading technical publisher in at least two ways—by either causing confusion as to source of origin or by tarnishing the goodwill that Apress has developed over the last fifteen years among its authors and consumers.

18. Authors and literary agents rely on a publisher's reputation when deciding where to submit new projects. Association with a publisher known for consistently producing high-quality work gives an otherwise unknown author instant legitimacy and visibility. One reason authors are attracted to publishing with Apress is because of our rigorous review process and high standards. In fact, several authors have chosen to publish with us repeatedly, such as Adam Freeman (who published 19 books with Apress) and Matthew MacDonald (who published 51 books with Apress) and Dave Mark (who published 12 books with Apress) and Andrew Troelsen (who published 15 books with Apress) and Wallace Jackson (who published 4 books with Apress).

19. I understand that—unlike Apress—App Press does not perform any quality control over the course of publishing, leaving the potential for low quality products to be disseminated into the marketplace. It is likely that authors and agents will not pursue publication with Apress if they incorrectly believe apps created with App Press, which are similar in appearance and function to Apress's eBooks, are somehow associated with Apress.

20. In addition, even if authors and agents are not confused by the "App Press" name, its similarity to the name "Apress" may weaken Apress's reputation high-quality work, which could ultimately damage Apress's business.

21. Similarly, consumers in technical and professional fields—whether beginners or experts—rely on a publisher's reputation when purchasing books.

22. Apress's novice consumers rely on Apress to educate them on complicated subjects such as investing and writing code to expand their professional skills. It is vital to such consumers that they are provided with reliable information to use in the workplace. As a result, novice readers will not purchase Apress's products if they incorrectly believe that App Press's do-it-yourself apps, which do not educate or inform, were published by Apress.

23. For expert consumers, Apress's products function as useful professional references. Apress prides itself on producing works "for professionals by professionals." Our readers rely on our products to help them achieve career success. These experienced customers will no longer include Apress books in their library of resources if they too incorrectly believe that App Press's products were published by Apress.

24. All customers, whether novices or experts, quickly abandon poor-quality products and services for which they believe they are not getting a good value. Many will even publicize their negative opinion. For example, one App Press user wrote in the comments section of an online

article about App Press, "this site is crap." (http://theindustry.cc/2012/09/25/app-press-allows-you-to-design-apps-without-code/ (last visited Nov. 19, 2013). Such comments may cause Apress to lose not only one disappointed customer, but instead, the article's entire audience who may confuse the similar App Press and Apress names.

25. Building and maintaining a strong brand is especially critical in a field like digital publishing because of the extensive competition and choice in the marketplace. It is far easier for a company with low editorial standards to enter the world of digital publishing than the world of print because of the relatively low start-up costs of digital publishing, and this low barrier to entry causes additional competition. Apress has worked hard to build a strong community of authors and readers. Because of its good reputation for delivering high quality products, Apress is able to sell more books at higher prices. However, App Press's operations pose a serious threat to Apress's business. If a consumer mistakenly associates Apress with App Press's products, Apress could lose the trust of those authors and readers it earned over the last fifteen years.

26. In addition, as with authors and agents, even if consumers are not confused as to the source of origin of App Press's products, the publishing of low-quality products with the App Press name may harm Apress's reputation by association.

## SOPHISTICATION OF APRESS CUSTOMERS

27. To my knowledge, Apress's products attract a wide variety of customers. These customers span several industries—including business, programming, and health care—and possess varying levels of experience—some are experts in their field, others are absolute beginners.

28. It has been my experience that all consumers—regardless of their level of education or expertise—can be confused by similar trademarks. Because a customer is a veteran HTML programmer, for example, does not necessarily mean he is sensitive to slight distinctions between trademarks on similar products distributed online.

Signed under the pains and penalties of perjury this 2nd day of December 2013.

_____
Paul Manning

9