UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

|  |  |  |
|---|---|---|
| APP PRESS LLC,<br>    Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>APRESS MEDIA LLC,<br>    Defendant and Counterclaim Plaintiff. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 1:12-cv-0718-SEB-DML |

**RESPONSE IN OPPOSITION TO APP PRESS'S
MOTION TO STRIKE**

For the reasons set forth in Defendant Apress Media LLC's ("Apress") Surreply Brief in Opposition to App Press's Motion for Partial Summary Judgment (Dkt. 149), Apress respectfully requests that the Court deny App Press's collateral motion to strike (Dkt. 141). App Press's objections are addressed in detail in Apress's Surreply, the substance of which is incorporated by reference herein.

Dated: December 24, 2013         By:   */s/ Deborah Pollack-Milgate*
                                                                 Deborah Pollack-Milgate (22475-49)
                                                                  dmilgate@btlaw.com
                                                                  Barnes & Thornburg LLP
                                                                  11 S. Meridian Street
                                                                  Indianapolis, IN 46204-3535
                                                                  Tel: (317) 236-1313
                                                                  Fax: (317) 231-7433

                                                                  Mark G. Matuschak *(pro hac vice)*
                                                                  mark.matuschak@wilmerhale.com
                                                                  Louis W. Tompros *(pro hac vice)*
                                                                  louis.tompros@wilmerhale.com
                                                                  Wilmer Cutler Pickering Hale and Dorr LLP
                                                                  60 State Street

Boston, MA 02109  
Tel.: (617) 526-6000  
Fax.: (617) 526-5000  

Martin E. Gilmore *(pro hac vice)*  
martin.gilmore@wilmerhale.com  
Wilmer Cutler Pickering Hale and Dorr LLP  
250 Greenwich Street  
New York, NY 10007  
Tel.: (212) 230-8800  
Fax: (212) 230-8888  

*Attorneys for Apress Media LLC*

## CERTIFICATE OF SERVICE

Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system on December 24, 2013.  Parties may access this filing through the Court's system.

*/s/ Deborah Pollack-Milgate*

INDS02 1301411v1