UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| APP PRESS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:12-cv-00718-SEB-DML |
| | ) | |
| APRESS MEDIA LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## Order on Maintaining Certain Filings Under Seal

On December 4, 2013, the court directed the designating party to demonstrate good cause for certain filings to be maintained under seal.  This case is now before the court on the motions of the parties (Dkts. 138 and 139) designating exhibits each believes should remain under seal.

Having considered the motions, the court now ORDERS the Clerk to unseal Docket 129 and its attached exhibits EXCEPT for the following which are to remain under seal:[1]

a)   Dkt. 129-1 – Exhibit 1 – Declaration of Paul Manning

b)   Dkt. 129-2 – Exhibit 3 – Manning Deposition Excerpts

c)   Dkt. 129-3 – Exhibit 8 – Apress Website Analytics

d)   Dkt. 129-4 - Exhibit 9 – Glass Deposition Excerpts

e)   Dkt. 129-5 - Exhibit 10 – Smith Deposition Excerpts

f)    Dkt. 129-11 Exhibit 29 – App Press website analytics

g)   Dkt. 129-12 – Exhibit 30 – Apress website analytic excerpt

h)   Dkt. 129-13 – Exhibit 31 – Nguyen email to Manning

i)   Dkt. 129-14 – Exhibit 37 – Settlement email

---

[1]   Apress Media requested that Exhibits 8, 9, and 29 remain sealed (Dkt. 138); App Press requested that Exhibits 1, 3, 8, 30, 31, and 37 remain sealed (Dkt. 139).

So ORDERED.

Date: _12/30/2013_____

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system