UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| APP PRESS LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:12-cv-00718-SEB-DML |
| | ) |
| APRESS MEDIA LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## Order on Motions to File under Seal

The procedures both parties have used for filings under seal are unwieldy and inconsistent with the presumption that filings with the court should be accessible to the public.  Henceforth, counsel must use the following procedure:

When the protective order entered in this case directs that a document be filed under seal, the party filing the document must contemporaneously file:

   **(1)**   a Motion to Maintain Document(s) Under Seal, and

   **(a)** if the filing party designated the subject information confidential, a brief in support that complies with the requirements listed below; and/or

   **(b)** if the filing party did not designate the subject information confidential, an identification of the designating party; and

   **(2)**   a redacted public version of the document filed under seal.

A designating party identified according to (1)(b) above must, within seven days of the filing of the Motion to Maintain Document(s) under Seal, file a brief in support that includes:

   **(1)**   a statement as to whether or not maintenance of the document under seal is opposed; and

      **(2)**    legal reasons and/or evidence to demonstrate good cause to maintain the document under seal including:

          **(a)** why less restrictive alternatives to sealing, such as redaction, will not afford adequate protection; and

          **(b)** that the document contains protectable trade secrets or otherwise may be kept from public inspection despite its relevance to the resolution of the matter.

Failure to file the brief in support, or the failure of the brief to demonstrate good cause for sealing under the applicable precedent, will result in the unsealing of the document.

Opposition to a Motion to Maintain Document(s) under Seal is governed by S.D. Ind. L.R. 7-1, but the time for response is triggered by the filing of the Brief in Support. An interested member of the public may challenge at any time the maintenance of a filing under seal.

The parties' motions to file under seal at docket numbers 136, 144, and 148 are GRANTED IN PART AND DENIED IN PART. The filings referenced in those motions will be maintained under seal at this time, but the designating party is given seven days from the date of this order to file a brief in support consistent with the procedure specified above.

So ORDERED.

Date: __12/30/2013__

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system