**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

|  |  |  |
|---|---|---|
| APP PRESS LLC, | ) | |
| Plaintiff and Counterclaim Defendant, | ) | |
| | ) | CASE NO. 1:12-cv-0718-SEB-DML |
| v. | ) | |
| | ) | |
| APRESS MEDIA LLC, | ) | |
| Defendant and Counterclaim Plaintiff. | ) | |

**BRIEF IN SUPPORT OF MAINTAINING EXHIBIT A TO APP PRESS'S SUMMARY JUDGMENT REPLY (DKT 143) UNDER SEAL AND FILING A REDACTED VERSION**

Deborah Pollack-Milgate
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana  46204
Phone: (317) 236-1313
Facsimile: (317) 231-7433

Mark G. Matuschak
Louis W. Tompros
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Phone:  (617) 526-6000
Facsimile:  (617) 526-5000

Martin E. Gilmore
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York  10007
Phone:  (212) 230-8800
Facsimile:  (212) 230-8888

*Counsel for Apress Media LLC*

Pursuant to the Court's December 30, 2013 Order, Defendant Apress Media LLC ("Apress") respectfully submits this brief in support of maintaining Exhibit A to App Press's Summary Judgment Reply (Dkt No. 143) under seal and filing a redacted version.

## I.     INTRODUCTION

On December 16, 2013, App Press LLC ("App Press") filed a Reply in Support of its Motion for Summary Judgment on Apress Media's Counterclaims (Dkt No. 142). In addition, App Press filed a motion to seal Exhibit A to its Reply—the entire transcript of Apress's President, Paul Manning's deposition (Dkt No. 144). Apress designated Mr. Manning's transcript as confidential under the Protective Order entered by this Court on May 29, 2013 (Dkt No. 54). On December 30, 2013, the Court ordered that the designating party (Apress in this case) submit a brief in support of maintaining Exhibit A under seal or filing it with redactions. (Dkt No. 152.)

Because Exhibit A to App Press's Reply contains confidential business information—including information regarding Apress's settlement communications, website analytics, business strategy, and competitive analyses—Apress requests that the Court permit the filing of Exhibit A with redactions.[1]

## II.    ARGUMENT

Mr. Manning's testimony contains three categories of confidential business information. This information has been redacted from the version of Exhibit A attached to this brief. (*See* Ex. 1 [Redacted Version of Manning Deposition Tr.].)

*First*, Mr. Manning testified about the confidential settlement communications between the parties in the following two excerpts: 45:21-47:25 and 271:9-272:13. This testimony

---

[1] The Court's December 30, 2013 Order also required that the designating party of the documents referenced in the motions to seal at docket numbers 136 and 148 submit a similar brief in support of filing those documents under seal or with redactions. The documents referenced in docket numbers 136 and 148 were designated under the Protective Order by App Press. Thus, Apress takes no position on their sealing and has no objection to their public filing.

1

includes specifics about the parties' negotiating positions and written offers. The parties agreed to keep these communications and the documents reflecting them confidential. Thus, there is good cause to redact this testimony from Exhibit A to App Press's Reply. *See Franklin United Methodist Home, Inc. v. Lancaster Pollard & Co.*, 909 F. Supp. 2d 1037, 1046 (S.D. Ind. 2012) ("[T]here is a policy interest in facilitating and encouraging settlements, an interest which is well-served by preserving the confidentiality of parties' communications during the mediation process").

*Second*, on the following pages, Mr. Manning testified extensively about several documents containing non-public analyses of visitor traffic to the Apress website: 109:22-111:3, 111:11-112:13, 114:13-117:13, 118:6-120:3, 135:6-14, 204:1-205:12, 209:9-229:7, 247:2-21, and 273:19-274:11. This testimony and the underlying exhibits, which also designated under the Protective Order, provide data on search terms used to draw customers to the Apress website. This information constitutes competitively sensitive information that could be used by other companies to draw customers away from Apress's website. Thus, Apress requests that Exhibit A to App Press's Reply be filed with this information redacted.

*Third*, Mr. Manning testified about Apress's confidential business development plans in the following excerpts: 78:11-14, 186:5-189:15, and 192:10-19. This testimony contains competitively sensitive information regarding Apress's digital media strategy and assessments of the publishing market. Accordingly, the documents underlying this testimony were also designated under the Protective Order. Thus, Apress requests that these excerpts of Exhibit A to App Press's Reply also be redacted from the public filing. *See Metavante Corp. v. Emigrant Sav. Bank*, 05-CV-1221, 2008 WL 4722336, at *10 (E.D. Wis. Oct. 24, 2008) (granting a party's

request to seal certain exhibits containing "nonpublic . . . business information, including pricing, business plans and strategies").

## III. CONCLUSION

For the reasons set forth above, Apress respectfully requests that the Court maintain Exhibit A (Dkt. No. 143) under seal and permit its filing with the redactions proposed on Exhibit 1 to this brief.

Dated: January 6, 2014            By:     */s/ Martin E. Gilmore*
                                          Deborah Pollack-Milgate (22475-49)
                                          dmilgate@btlaw.com
                                          Barnes & Thornburg LLP
                                          11 S. Meridian Street
                                          Indianapolis, IN 46204-3535
                                          Tel: (317) 236-1313
                                          Fax: (317) 231-7433

                                          Mark G. Matuschak *(pro hac vice)*
                                          mark.matuschak@wilmerhale.com
                                          Louis W. Tompros *(pro hac vice)*
                                          louis.tompros@wilmerhale.com
                                          Wilmer Cutler Pickering Hale and Dorr LLP
                                          60 State Street
                                          Boston, MA 02109
                                          Tel.: (617) 526-6000
                                          Fax.: (617) 526-5000

                                          Martin E. Gilmore *(pro hac vice)*
                                          martin.gilmore@wilmerhale.com
                                          Wilmer Cutler Pickering Hale and Dorr LLP
                                          250 Greenwich Street
                                          New York, NY 10007
                                          Tel.: (212) 230-8800
                                          Fax: (212) 230-8888

                                          *Attorneys for Apress Media LLC*

**CERTIFICATE OF SERVICE**

Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system on January 6, 2014. Parties may access this filing through the Court's system.

/s/ Martin E. Gilmore