UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| APP PRESS LLC, ) | |
| ) | |
| Plaintiff/Counterclaim Defendant, ) | |
| ) | CASE NO. 1:12-cv-0718-SEB-DML |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| APRESS MEDIA LLC, ) | |
| ) | |
| Defendant/ Counterclaim Plaintiff. ) | |

**BRIEF IN SUPPORT OF APP PRESS'S MOTION TO SEAL AND MAINTAIN UNDER SEAL**

Apress Media has filed two exhibits that should be sealed and maintained under seal due to their inclusion of confidential information that is not subject to public access, including Exhibit 4 to Apress Media's Table of Exhibits in Support of Memorandum in Opposition to Motion for Summary Judgment (DE # 131-2, currently not under seal), as well as Exhibit 1 to Apress Media's Reply in Support of its Motion for Summary Judgment (DE # 146-1). App Press now asks that the Court seal and maintain these documents under seal, while making redacted versions of the documents available for public access.

Specifically, Exhibit 4 to Apress Media's Table of Exhibits in Support of Memorandum in Opposition to Motion for Summary Judgment (DE # 131-2) consists of an expert report of Apress Media's expert John Rodzvilla that includes citation to website search term analytics information evidencing specific search terms used by Google searchers to reach App Press's website. This information was produced by App Press under the designation of "Confidential" (in accordance with the Court's Protective Order in this matter) due to its sensitive nature, as this information is not made available to the public by App Press, is maintained as confidential, and could be used by competitors or other businesses to App Press's disadvantage by allowing them to know search

terms that lead to App Press's website as well as the number of individuals who use those terms in accessing the site. This information is confidential business information and a trade secret of App Press's that is appropriately maintained under seal. However, a redacted version of the report would sufficiently protect this information (which only consists of identification of two specific search terms) such that App Press believes it appropriate to allow a redacted version to be provided to the public. Accordingly, App Press requests that the Court find that there is good cause to seal and maintain this document under seal, and instead make available to the public the redacted version of Mr. Rodzvilla's report that is attached hereto as Exhibit A.

      Exhibit 1 to Apress Media's Reply in Support of its Motion for Summary Judgment (DE # 146-1) consists of various excerpts from the deposition of Grant Glas, founder and Chief Marketing Officer of App Press. These excerpts include confidential business and financial information produced by App Press in this litigation under the designation of "Confidential" (in accordance with the Court's Protective Order in this matter) due to its sensitive nature, including specifically information regarding the actual and projected profit and revenue figures for App Press during certain time periods as well as information regarding the specific number of lines of code used by App Press's proprietary software that constitutes a trade secret of App Press's. This information is confidential business and financial information that is not available to the public, is maintained as confidential by App Press, and that could be used by competitors or other business to App Press's disadvantage. However, a redacted version of the deposition testimony would sufficiently protect this information by removing specific numbers relating to financial figures and code writing such that App Press believes it appropriate to allow a redacted version to be provided to the public. Accordingly, App Press requests that the Court maintain this document

under seal, and instead make available to the public the redacted version of Mr. Glas's testimony that is attached hereto as Exhibit B.

For the foregoing reasons, App Press LLC, by counsel, respectfully requests that this Court find that there is good cause to enter an order sealing and maintaining under seal Exhibit 4 to Apress Media's Table of Exhibits in Support of Memorandum in Opposition to Motion for Summary Judgment (DE # 131-2, currently not under seal), as well as Exhibit 1 to Apress Media's Reply in Support of its Motion for Summary Judgment (DE # 146-1), and for all other just and proper relief.

Respectfully submitted,

/s *Jacob R. Cox*
Jacob R. Cox, Attorney No. 26321-49

**COX LAW OFFICE**
1606 N. Delaware Street
Indianapolis, Indiana 46202
T: 317.884.8550
F: 317.660.2453
jcox@coxlaw.org
*Attorney for Plaintiff/Counterclaim Defendant App Press LLC*

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via the Court's CM/EMF system, which will serve notice of filing on the following counsel of record via the CM/EMF system, on the 8th day of January, 2014:

Deborah Pollack-Milgate
dmilgate@btlaw.com

Martin Gilmore
Martin.gilmore@wilmerhale.com

Louis W. Tompros
louis.tompros@wilmerhale.com

Vinita Ferrera

Jeff M. Barron
jeff.barron@btlaw.com

Mark G. Matuschak
mark.matuschak@wilmerhale.com

vinita.ferrera@wilmerhale.com

/s *Jacob R. Cox*
Jacob R. Cox

4