UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| APP PRESS LLC, | ) |
| | ) |
| Plaintiff/Counterclaim Defendant, | ) |
| | ) CASE NO. 1:12-cv-0718-SEB-DML |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| APRESS MEDIA LLC, | ) |
| | ) |
| Defendant/ Counterclaim Plaintiff. | ) |

**BRIEF IN SUPPORT OF MOTION TO SEAL**

Apress Media has filed a Reply Brief (DE # 146) that cites to information contained in various exhibits that have either already been sealed by the Court due to their containing confidential business and financial information of App Press or are the subject of a pending request to seal for the same reasons. Apress Media has asked that this entire Reply be maintained under seal in its Motion to Seal; however, App Press believes the Reply may be redacted by Apress Media and resubmitted such that the majority of the Reply that does not contain sensitive information derived from sealed Exhibits is available to the public.

Specifically, in the second paragraph of page 5 of the Reply, Apress Media cites to confidential financial information regarding App Press's profit and revenue that was revealed in documents and deposition testimony that were marked as "Confidential." On the bottom of pages 8 and 9, Apress Media similarly cites to confidential financial information regarding the amounts spent by App Press on various business expenditures that were referenced in documents and discovery responses marked "Confidential" (pursuant to the Court's Protective Order in this matter) due to their nature as confidential financial and business information that is not made available to the public, that is maintained by App Press as confidential, and that could be used by

1

competitors or others businesses to App Press's disadvantage by providing insight into the nature and amounts of App Press's financial information and use of funds. Accordingly, App Press requests that the Court find that there is good cause to maintain this document under seal, and instead order that Apress Media file a redacted version of its Reply, with the appropriate confidential information redacted.[1]

For the foregoing reasons, App Press LLC, by counsel, respectfully requests that this Court find that there is good cause to enter an order maintaining under seal Apress Media's Reply in Support of Motion for Partial Summary Judgment (DE # 146), order that a redacted version of this document be filed by Apress Media consistent with the concerns raised herein, and for all other just and proper relief.

Respectfully submitted,

/s *Jacob R. Cox*
Jacob R. Cox, Attorney No. 26321-49

**COX LAW OFFICE**
1606 N. Delaware Street
Indianapolis, Indiana 46202
T: 317.884.8550
F: 317.660.2453
jcox@coxlaw.org
*Attorney for Plaintiff/Counterclaim Defendant*
*App Press LLC*

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via the Court's CM/EMF system, which will serve notice of filing on the following counsel of record via the CM/EMF system, on the 9th day of January, 2014:

| | |
|---|---|
| Deborah Pollack-Milgate | Jeff M. Barron |
| dmilgate@btlaw.com | jeff.barron@btlaw.com |
| | |
| Martin Gilmore | Mark G. Matuschak |

---

[1] Although this brief identifies the information that is sought to be redacted specifically, to the extent Apress Media is uncertain as to which information to redact App Press's counsel has already indicated that

2

| | |
|---|---|
| Martin.gilmore@wilmerhale.com | mark.matuschak@wilmerhale.com |

Louis W. Tompros
louis.tompros@wilmerhale.com

Vinita Ferrera
vinita.ferrera@wilmerhale.com

        /s *Jacob R. Cox*
        Jacob R. Cox