# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| APP PRESS LLC, | ) |
| Plaintiff and Counterclaim Defendant, | ) |
| | ) CASE NO. 1:12-cv-0718-SEB-DML |
| v. | ) |
| | ) |
| APRESS MEDIA LLC, | ) |
| Defendant and Counterclaim Plaintiff. | ) |
| | ) |

## DEFENDANT APRESS MEDIA LLC'S FINAL EXHIBIT LIST

Pursuant to the Amended Case Management Plan dated March 19, 2013, Defendant and Counterclaim Plaintiff Apress Media LLC ("Apress") respectfully submits the attached list of its exhibits.

In addition, Apress reserves the right to offer any and all of the exhibits set forth on Plaintiff and Counterclaim Defendant App Press LLC's final exhibit list, any and all other exhibits offered by any other party at trial, and any and all exhibits necessary solely for impeachment or rebuttal.

January 24, 2014

/s/ *Deborah Pollack-Milgate*
Deborah Pollack-Milgate
dmilgate@btlaw.com
BARNES & THORNBURG LLP
11 S. Meridian Street
Indianapolis, IN 46204-3535
Tel: (317) 236-1313
Fax: (317) 231-7433

Mark G. Matuschak *(pro hac vice)*
mark.matuschak@wilmerhale.com

Louis W. Tompros *(pro hac vice)*
louis.tompros@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel.: (617) 526-6000
Fax: (617) 526-5000

Martin Gilmore *(pro hac vice)*
martin.gilmore@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel.: (212) 230-8800
Fax: (212) 230-8888

*Attorneys for Apress Media LLC*

ActiveEU 80958643v.1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing documents were served on Counsel of Record on this 24th day of January by operation of the Court's electronic filing system.

                                      ___*/s/ Deborah Pollack-Milgate*_____
                                      Deborah Pollack-Milgate

Apress Media LLC's Exhibit List
*APP PRESS LLC v. APRESS MEDIA LLC*
Civil Action No. 12-cv-00781-SEB-DML

| Trial Ex. | Date | Description | Bates Begin | Bates End |
|---|---|---|---|---|
| DTX 1 | | Apress Media LLC's File History - Ex. 3 to Apress Memorandum in Support of Summary Judgment re Laches, Ex. 2 to Apress Opposition to Summary Judgment | APress0000933 | APress0000934 |
| DTX 2 | | Limited Liability Company Operating Agreement of Apress, LLC | APress0008601 | APress0008614 |
| DTX 3 | 6/14/2011 | Email Chain from D. Shakeshaft to All Apress | APress0000001 | APress0000001 |
| DTX 4 | 10/10/2013 | Errata to Deposition of Grant Glas | | |
| DTX 5 | 4/24/2013 | App Press's Answers and Objections to Defendant Apress Media LLC's First Set of Interrogatories - Ex. 3 to Glas Dep. Vol. 1, Ex. 5 to Nguyen Dep., Ex. 21 to Smith Dep., Ex. 5 to Apress Memorandum in Support of Summary Judgment re Laches, Ex. 28 to Apress Opposition to Summary Judgment | | |
| DTX 6 | | Excerpt of Apress Website - "Photoshop" Search Results - Ex. 4 to Glas Dep. Vol. 1 | | |
| DTX 7 | | KA+A Presentation - Ex. 5 to Glas Dep. Vol. 1 | App Press 006803 | App Press 006812 |
| DTX 8 | | 60 Second App Press Survey - Ex. 6 to Glas Dep. Vol. 1 | | |
| DTX 9 | | Email Chain from P. Miller to G. Glas - Ex. 7 to Glas Dep. Vol. 1 | App Press 007386 | App Press 007407 |
| DTX 10 | | Excerpt of App Press Website (www.app-press.com) - Ex. 8 to Glas Dep. Vol. 1 | | |
| DTX 11 | | Excerpt of App Press Website - Ex. 9 to Glas Dep. Vol. 1 | | |
| DTX 12 | | Excerpt of App Press Website - Ex. 10 to Glas Dep. Vol. 1 | | |
| DTX 13 | | Excerpt of App Press Website - Ex. 11 to Glas Dep. Vol. 1 | | |
| DTX 14 | | Excerpt of App Press Website - Ex. 12 to Glas Dep. Vol. 1 | | |
| DTX 15 | | 3 Hawks Consulting Report - Ex. 13 to Glas Dep. Vol. 1 | | |
| DTX 16 | 10/19/2010 | Email Chain from G. Glas to K. Smith - Ex. 14 to Glas Dep. Vol. 1, Ex. 26 to Apress Opposition to Summary Judgment | App Press 003746 | App Press 003748 |
| DTX 17 | | App Press Logo Ideas - Ex. 15 to Glas Dep. Vol. 1, Ex. 14 to Apress Opposition to Summary Judgment, Ex. 15 to Smith Dep. | App Press 003749 | App Press 003749 |
| DTX 18 | | Email Chain from G. Glas to K. Corsaro - Ex. 16 to Glas Dep. Vol. 1 | App Press 005938 | App Press 005939 |
| DTX 19 | 10/11/2010 | Email Chain from K. Smith to G. Glas - Ex. 17 to Glas Dep. Vol. 1 | App Press 003757 | App Press 003759 |

Apress Media LLC's Exhibit List
*APP PRESS LLC v. APRESS MEDIA LLC*
Civil Action No. 12-cv-00781-SEB-DML

| Trial Ex. | Date | Description | Bates Begin | Bates End |
|---|---|---|---|---|
| DTX 20 | 10/11/2010 | Email Chain from G. Glas to K. Smith - Ex. 18 to Glas Dep. Vol. 1 | App Press 005937 | App Press 005937 |
| DTX 21 | | App Press Presentation - Ex. 19 to Glas Dep. Vol. 1 | App Press 002362 | App Press 002376 |
| DTX 22 | | App Press Profit & Loss Jan. 1 - Oct. 7, 2013 - Ex. 20 to Glas Dep. Vol. 1, Ex. 3 to Nguyen Dep. | | |
| DTX 23 | | Email Chain from J. Clark to G. Glas - Ex. 21 to Glas Dep. Vol. 1 | App Press 002716 | App Press 002716 |
| DTX 24 | | Excerpt of Global Moxie Website - Ex. 22 to Glas Dep. Vol. 1 | | |
| DTX 25 | | Domain Names - Ex. 23 to Glas Dep. Vol. 1 | | |
| DTX 26 | 9/18/2013 | App Press's Answers and Objections to Apress Media's Third Set of Interrogatories - Ex. 24 to Glas Dep. Vol. 1 | | |
| DTX 27 | 1/16/2013 | Chris O'Malley, Legal fight fuels tensions in tight-knit tech world, Indiana Lawyer.com - Ex. 26 to Glas Dep. Vol. 1 | | |
| DTX 28 | 7/19/2013 | App Press's Answers and Objections to Apress Media's Second Set of Interrogatories - Ex. 27 to Glas Dep. Vol. 1, Ex. 8 to Nguyen Dep. | | |
| DTX 29 | 8/2/2013 | App Press's Supplemented Answers and Objections to Defendant Apress Media LLC's Interrogatory No. 14 and RFP No. 11 - Ex. 28 to Glas Dep. Vol. 1, Ex. 22 to Smith Dep., Ex. 8 to Apress Memorandum in Support of Summary Judgment re Laches | | |
| DTX 30 | | Excerpt of Apple Website (https://developer.apple.com/support/ios/account-management.html) - Ex. 29 to Gas Dep. Vol. 1 | | |
| DTX 31 | | "App Press" Notebook Page - Ex. 30 to Glas Dep. Vol. 1 | | |
| DTX 32 | | Email to Paul Manning 12-18-2012 - Ex. 1 to Nguyen Dep. | APress0005990 | APress0005992 |
| DTX 33 | | Nguyen LinkedIn Profile - Ex. 2 to Nguyen Dep. | | |
| DTX 34 | | App Press LLC Transaction Report - Ex. 4 to Nguyen Dep., Ex. 9 to Apress Memorandum in Support of Summary Judgment re Laches, Ex. 9 to Apress Memorandum in Support of Summary Judgment re Laches | APP Press 005572 | APP Press 005587 |

| Trial Ex. | Date | Description | Bates Begin | Bates End |
|---|---|---|---|---|
| DTX 35 | 7/18/2011 | App Press Press Release - Ex. 6 to Nguyen Dep., Ex. 6 to Murarka Dep. | APP Press 001461 | APP Press 001461 |
| DTX 36 | 11/29/2012 | Email Chain from App Press to G. Glas - Ex. 7 to Nguyen Dep. | APP Press 005506 | APP Press 005507 |
| DTX 37 | | App Press Analytics - Ex. 9 to Nguyen Dep., Ex. 19 to Smith Dep., Ex. 29 to Apress Opposition to Summary Judgment, Ex. 8 to Murarka Dep. | App Press 006644 | App Press 006658 |
| DTX 38 | | Nike History & Heritage - Ex. 10 to Nguyen Dep. | | |
| DTX 39 | | Kevin Smith Twitter Feed - Ex. 1 to Smith Dep., Ex. 18 to Apress Opposition to Summary Judgment | | |
| DTX 40 | | Dribble Cookbook App by App Press - Ex. 2 to Smith Dep., Ex. 33 to Apress Opposition to Summary Judgment | | |
| DTX 41 | | App Press Getting Started Guide - Ex. 3 to Smith Dep. | App Press 006031 | App Press 006059 |
| DTX 42 | | App Press Twitter Feed - Ex. 4 to Smith Dep., Ex. 19 to Apress Opposition to Summary Judgment | | |
| DTX 43 | 2/14/2012 | App Press Promotional Email for $199 - Ex. 5 to Smith Dep., Ex. 27 to Apress Opposition to Summary Judgment | App Press 007384 | App Press 007385 |
| DTX 44 | 10/9/2010 | Email from K. Smith to G. Glas - Ex. 6 to Smith Dep. | App Press 003735 | App Press 003735 |
| DTX 45 | 10/9/2010 | Email Chain from G. Glas to K. Smith - Ex. 7 to Smith Dep. | App Press 003722 | App Press 003722 |
| DTX 46 | 10/10/2010 | Email Chain from G. Glas to K. Smith - Ex. 8 to Smith Dep. | App Press 003756 | App Press 003756 |
| DTX 47 | 10/10/2010 | Email Chain from K. Smith to G. Glas - Ex. 9 to Smith Dep. | App Press 003752 | App Press 003752 |
| DTX 48 | 10/10/2010 | Email Chain from G. Glas to K. Smith - Ex. 10 to Smith Dep. | App Press 003744 | App Press 003745 |
| DTX 49 | 10/10/2010 | Email Chain from K. Smith to G. Glas - Ex. 11 to Smith Dep. | App Press 003736 | App Press 003736 |
| DTX 50 | 10/19/2010 | Email Chain from K. Smith to G. Glas - Ex. 12 to Smith Dep. | App Press 003754 | App Press 003755 |
| DTX 51 | 10/19/2010 | Email Chain from K. Smith to G. Glas - Ex. 13 to Smith Dep. | App Press 003717 | App Press 003719 |
| DTX 52 | 10/19/2010 | Email Chain rom G. Glas to K. Smith - Ex. 14 to Smith Dep. | App Press 003746 | App Press 003748 |
| DTX 53 | 10/19/2010 | Email Chain from G. Glas to K. Smith - Ex. 16 to Smith Dep. | App Press 005947 | App Press 005948 |
| DTX 54 | | App Press Presentation - Ex. 17 to Smith Dep. | App Press 007439 | App Press 007449 |
| DTX 55 | | App Press Graph - Ex. 18 to Smith Dep. | App Press 006621 | App Press 006627 |
| DTX 56 | 12/11/2012 | Email Chain from G. Glas to K. Smith - Ex. 20 to Smith Dep. | App Press 005447 | App Press 005453 |
| DTX 57 | | Time/Expense Associated with Name Change - Ex. 23 to Smith Dep. | App Press 006756 | App Press 006757 |
| DTX 58 | | Email Chain from G. Glas to C. O'Malley - Ex. 24 to Smith Dep. | App Press 005535 | App Press 005536 |

| Trial Ex. | Date | Description | Bates Begin | Bates End |
|---|---|---|---|---|
| DTX 59 | 11/18/2013 | Expert Report of John Rodzvilla | | |
| DTX 60 | | John Rodzvilla CV | | |
| DTX 61 | | App Press Website, http://www.app-press.com, and linked pages [cited in Rodzvilla Report] | | |
| DTX 62 | | App Press Facebook page, https://www.facebook.com/myappress, and linked pages [cited in Rodzvilla Report] | | |
| DTX 63 | | App Press Twitter feed, https://twitter.com/app_press, and linked pages [cited in Rodzvilla Report] | | |
| DTX 64 | | Apress website, http://www.apress.com, and linked pages [cited in Rodzvilla Report] | | |
| DTX 65 | | Touch Press website, http://www.touchpress.com, and linked pages [cited in Rodzvilla Report] | | |
| DTX 66 | | Apple iPhone and iPad App Stores, available through iOS devices [cited in Rodzvilla Report] | | |
| DTX 67 | | Google Play Store, https://play.google.com/store, and linked pages [cited in Rodzvilla Report] | | |
| DTX 68 | | Answer and Counterclaims, *App Press LLC v. Apress Media LLC*, No.1:12-cv-0718-SEB-DML (July 17, 2012) [cited in Rodzvilla Report, Ex. 1 to Apress Memorandum in Support of Summary Judgment re Laches] | | |
| DTX 69 | | Brief in Support of App Press's Motion for Summary Judgment on Apress Media's Counterclaims (October 25, 2013) [cited in Rodzvilla Report] | | |
| DTX 70 | | Carissa Kluver, "Blurring the Digital Page: The Difference Between Book Apps and eBooks," *The Digital Media Diet* (Sept. 9, 2013), available at http://digitalmediadiet.com/?p=2913. [cited in Rodzvilla Report] | | |
| DTX 71 | | International Digital Publishing Forum, "EPUB, " available at http://idpf.org/epub [cited in Rodzvilla Report] | | |

Apress Media LLC's Exhibit List
*APP PRESS LLC v. APRESS MEDIA LLC*
Civil Action No. 12-cv-00781-SEB-DML

| Trial Ex. | Date | Description | Bates Begin | Bates End |
|---|---|---|---|---|
| DTX 72 | | Faber and Faber's digital offering website, http://www.faber.co.uk/digital, and linked pages [cited in Rodzvilla Report] | | |
| DTX 73 | | Shane Richmond, "Are Books the Next Chapter for Ebooks?" *The Telegraph* (May 26, 2011) available at http://www.telegraph.co.uk/technology/news/8536424/Are-book-apps-the-next-chapter-for-ebooks.html [cited in Rodzvilla Report] | | |
| DTX 74 | | Martha Stewart Apps website, http://www.marthastewart.com/apps, and linked pages [cited in Rodzvilla Report] | | |
| DTX 75 | | Houghton Mifflin Harcourt's Digital and Mobile Learning website, http://www.hmhco.com/parents-and-kids/digital-and-mobile-learning, and linked pages [cited in Rodzvilla Report] | | |
| DTX 76 | | Barefoot Books website, http://www.barefootbooks.com, and linked pages [cited in Rodzvilla Report] | | |
| DTX 77 | | Bowker, Books In Printwebsite, http://www.booksinprint.com, and linked pages [cited in Rodzvilla Report] | | |
| DTX 78 | | Random House website, http://www.randomhouse.com, and linked pages [cited in Rodzvilla Report] | | |
| DTX 79 | | Penguin's app website, http://www.us.penguingroup.com/static/pages/mobile/apps/index.html, and linked pages [cited in Rodzvilla Report] | | |
| DTX 80 | | Hachette, iPhone and iPad apps website, http://www.hachettebookgroup.com/features/iphoneipadapps/, and linked pages [cited in Rodzvilla Report] | | |
| DTX 81 | | Cengage website, http://www.cengage.com/us, and linked pages [cited in Rodzvilla Report] | | |
| DTX 82 | | *Goodnight Moon* website, http://www.harpercollinschildrens.com/books/Goodnight-Moon/ [cited in Rodzvilla Report] | | |

**Apress Media LLC's Exhibit List**
*APP PRESS LLC v. APRESS MEDIA LLC*
Civil Action No. 12-cv-00781-SEB-DML

| Trial Ex. | Date | Description | Bates Begin | Bates End |
|---|---|---|---|---|
| DTX 83 | | Seussville website, http://www.seussville.com, and linked pages [cited in Rodzvilla Report] | | |
| DTX 84 | | Amazon Inc," Amazon listing page for *Jesus Calling* by Sarah Young." Amazon.com, available at http://www.amazon.com/Jesus-Calling-Enjoying-Peace-Presence/dp/1591451884 [cited in Rodzvilla Report] | | |
| DTX 85 | | Rachel Deahl, "What Children's Publishers are Doing in the App Space, Publisher's Weekly (November 22, 2010) available at http://www.publishersweekly.com/pw/by-topic/childrens/childrens-industry-news/article/45263-what-children-s-publishers-are-doing-in-the-apps-space.html [cited in Rodzvilla Report] | | |
| DTX 86 | | John O. Jordan, *Literature in the Marketplace: Nineteenth-Century British Publishing and Reading Practices,* Cambridge University Press, 2003 [cited in Rodzvilla Report] | | |
| DTX 87 | | Publishers Press website, http://www.pubpress.com, and linked pages [cited in Rodzvilla Report] | | |
| DTX 88 | | Independent Book Publishers Association website, http://www.ibpa-online.org, and linked pages [cited in Rodzvilla Report] | | |
| DTX 89 | | Independent Publishers of New England website, http://www.ipne.org, and linked pages [cited in Rodzvilla Report] | | |
| DTX 90 | | Bowker, "Self-Publishing Movement Continues Strong Growth in U.S., Says Bowker," (October 9, 2013) available at http://www.bowker.com/en-US/aboutus/press_room/2013/pr_10092013.shtml [cited in Rodzvilla Report] | | |
| DTX 91 | | Caroline Carpenter, "Pan Macmillan deal for self-published author," *The Bookseller* (November 12, 2013) available at http://www.thebookseller.com/news/pan-macmillan-seven-book-deal-self-published-author.html [cited in Rodzvilla Report] | | |

| Trial Ex. | Date | Description | Bates Begin | Bates End |
|---|---|---|---|---|
| DTX 92 | | Ingram Content Group website, http://www.ingramcontent.com/pages/home.aspx, and linked pages [cited in Rodzvilla Report] | | |
| DTX 93 | | The University of Chicago, "Appendix B: The Publishing Process for Books and Journals," *The Chicago Manual of Style, Online* 15th Edition, available at http://www.chicagomanualofstyle.org/15/appB_fig01.html [cited in Rodzvilla Report] | | |
| DTX 94 | | Nan A. Talese website, http://knopfdoubleday.com/imprint/nan-a-talese, and linked pages [cited in Rodzvilla Report] | | |
| DTX 95 | | O'Reilly website, http://www.oreilly.com, and linked pages [cited in Rodzvilla Report] | | |
| DTX 96 | | Lori Houston, "Animal Magnetism: Making O'Reilly Animals," oreilly.com (September 1, 2000) available at http://oreilly.com/news/lejeune_0400.html [cited in Rodzvilla Report] | | |
| DTX 97 | | Apple, Inc. "Keynote Presentations" from "Interactive Magic in Every Book," from iBooks Author- Gallery, available at http://www.apple.com/ibooks-author/gallery.html [cited in Rodzvilla Report] | | |
| DTX 98 | | Jim Milliot, "HMH Trade Buys Cookbooks, Reference Titles from Wiley," *Publishers Weekly*, (November 8, 2012) available at http://www.publishersweekly.com/pw/by-topic/industry-news/industry-deals/article/54678-hmh-trade-buys-cookbooks-reference-titles-from-wiley.html [cited in Rodzvilla Report] | | |
| DTX 99 | | Createspace website, https://www.createspace.com, and linked pages [cited in Rodzvilla Report] | | |
| DTX 100 | | Bookbaby website, http://www.bookbaby.com, and linked pages [cited in Rodzvilla Report] | | |
| DTX 101 | | Kindle Direct Publishing website, http://www.amazonkdp.com, and linked pages [cited in Rodzvilla Report] | | |

Apress Media LLC"s Exhibit List
*APP PRESS LLC v. APRESS MEDIA LLC*
Civil Action No. 12-cv-00781-SEB-DML

| Trial Ex. | Date | Description | Bates Begin | Bates End |
|---|---|---|---|---|
| DTX 102 | | Nook Press website, https://www.nookpress.com, and linked pages [cited in Rodzvilla Report] | | |
| DTX 103 | | Sitepoint website, http://www.sitepoint.com, and linked pages [cited in Rodzvilla Report] | | |
| DTX 104 | | Peachpit Press website, http://www.peachpit.com/, and linked pages [cited in Rodzvilla Report] | | |
| DTX 105 | | Sybex, A Wiley Brand, website, http://www.wiley.com/WileyCDA/Section/id-420431.html, and linked pages [cited in Rodzvilla Report] | | |
| DTX 106 | | Apple Inc., "Sell Your Content" website, http://www.apple.com/itunes/sellcontent/ and linked pages [cited in Rodzvilla Report] | | |
| DTX 107 | | Apple Inc., "iOS Developer Program" website, https://developer.apple.com/programs/ios/ and linked pages [cited in Rodzvilla Report] | | |
| DTX 108 | | Apple Inc., "iOS Developer Program" website, http://www.apple.com/itunes/content-providers/book-faq.html [cited in Rodzvilla Report] | | |
| DTX 109 | 12/2/2013 | Manning Declaration - Ex. 1 to Apress Opposition to Summary Judgment | | |
| DTX 110 | | Apress on Amazon Kindle - Ex. 5 to Apress Opposition to Summary Judgment | | |
| DTX 111 | | Apress on Apple iBookstore - Ex. 6 to Apress Opposition to Summary Judgment | | |
| DTX 112 | | Apress on GooglePlay - Ex. 7 to Apress Opposition to Summary Judgment | APress0009986 | APress0009986 |
| DTX 113 | | Apress Website Analytics - Ex. 8 to Apress Opposition to Summary Judgment, Ex. 7 to Murarka Dep. | APress00185 | APress00185 |
| DTX 114 | | "Appress" Google Search - Ex. 11 to Apress Opposition to Summary Judgment | | |
| DTX 115 | | "Appress" Bing Search - Ex. 12 to Apress Opposition to Summary Judgment | | |

| Trial Ex. | Date | Description | Bates Begin | Bates End |
|---|---|---|---|---|
| DTX 116 | | "Old Machines" Google Image Search - Ex. 15 to Apress Opposition to Summary Judgment | | |
| DTX 117 | | "Old Printing Press" Google Search - Ex. 16 to Apress Opposition to Summary Judgment | | |
| DTX 118 | | Grant Glas Twitter Feed - Ex. 17 to Apress Opposition to Summary Judgment | | |
| DTX 119 | | Chili Chef iTunes Preview - Ex. 20 to Apress Opposition to Summary Judgment | | |
| DTX 120 | | App Press Facebook Wall - Ex. 21 to Apress Opposition to Summary Judgment | | |
| DTX 121 | | Wacso App Press by App Press Dribble Page - Ex. 22 to Apress Opposition to Summary Judgment | | |
| DTX 122 | | Excerpts from App Press Website - Ex. 23 to Apress Opposition to Summary Judgment | | |
| DTX 123 | | App Press Facebook Comments Page - Ex. 25 to Apress Opposition to Summary Judgment | | |
| DTX 124 | | Organic Search Traffic - Ex. 30 to Apress Opposition to Summary Judgment | APress0009951 | |
| DTX 125 | 12/18/2012 | Email Chain from J. Pepper to Wilmerhale - Ex. 31 to Apress Opposition to Summary Judgment | APress0005990 | APress0005992 |
| DTX 126 | | Pro HTML 5 Programming Book Jacket - Ex. 32 to Apress Opposition to Summary Judgment | | |
| DTX 127 | | The High Line By One Stop NYC - Ex.. 34 to Apress Opposition to Summary Judgment | | |
| DTX 128 | | Table for Two Cookbook iTunes Preview - Ex. 35 to Apress Opposition to Summary Judgment | | |
| DTX 129 | | Petition for Cancellation - Ex. 36 to Apress Opposition to Summary Judgment | | |
| DTX 130 | 10/19/2010 | Email Chain from G. Glas to K. Smith | App Press 003714 | App Press 003716 |
| DTX 131 | 10/19/2010 | Email Chain from K. Smith to G. Glas | App Press 003726 | App Press 003727 |
| DTX 132 | 10/19/2010 | Email Chain from G. Glas to K. Smith | App Press 003730 | App Press 003731 |

| Trial Ex. | Date | Description | Bates Begin | Bates End |
|---|---|---|---|---|
| DTX 133 | 10/19/2010 | Email Chain from K. Smith to G. Glas | App Press 003754 | App Press 003755 |
| DTX 134 | | Excerpt of App Press Website | Apress0006580 | Apress0006584 |
| DTX 135 | 1/20/2012 | Alexandra Alter, Blowing Up the Book, Wall Street Journal Online | Apress0009988 | |
| DTX 136 | 3/30/2012 | Alex Knapp, Are Apps The Future of Book Publishing?, Forbes | Apress0009996 | |
| DTX 137 | | Email Chain from D. Shakeshaft to S. Anglin | Apress0001931 | Apress0001949 |
| DTX 138 | | Email Chain from A. Dey to G. Stonefield | Apress0005609 | Apress0005611 |
| DTX 139 | | Glas biography on Indy Media Artists website (http://www.meetup.com/indymediaartists/member/58033922/) | | |
| DTX 140 | | Email Chain from G. Glas to S. Goldman | App Press 004377 | App Press 004378 |
| DTX 141 | | Email Chain from G. Banerjee to G. Glas | App Press 003656 | App Press 003657 |
| DTX 142 | | App Press Marketing Material | App Press 003703 | App Press 003703 |
| DTX 143 | | Interactive Content Development for Apress Memorandum | Apress0001956 | Apress0001956 |
| DTX 144 | | Email Chain from T. Moepert to J. Stonefield | Apress000432 | Apress000433 |
| DTX 145 | | Email Chain from D. Wooters to J. Stonefield | Apress0005255 | Apress0005256 |
| DTX 146 | | Email Chain from D. Wooters to J. Stonefield | Apress0005217 | Apress0005219 |
| DTX 147 | | Interactive Content Development for Apress Memorandum | Apress0005257 | Apress0005257 |
| DTX 148 | | Interactive Book Press Release | Apress0005234 | Apress0005235 |
| DTX 149 | | Email Chain from J. Sixt to Editorial at Apress | Apress000513 | Apress000516 |
| DTX 150 | 2/7/2013 | Email from D. Wooters to H. Zhang | Apress000503 | Apress000503 |
| DTX 151 | | Email Chain from C. O'Malley to G. Glas | App Press 005561 | App Press 005561 |
| DTX 152 | | Email Chain from G. Glas to L.A. Times | App Press 003671 | App Press 003671 |
| DTX 153 | | Email Chain from G. Glas to K. Stewart | App Press 001571 | App Press 001572 |
| DTX 154 | | Email Chain from G. Glas to J. Stratton | App Press 003488 | App Press 003494 |
| DTX 155 | 10/14/2011 | Email from G. Glas to C. Cano | App Press 002774 | App Press 002774 |
| DTX 156 | | Excerpt from Apress Website re Alpha Book Program | Apress0001114 | Apress0001124 |
| DTX 157 | | Apress Sharepoint Presentation | Apress0005944 | Apress0005956 |
| DTX 158 | | Apress Sharepoint Presentation | Apress0008731 | Apress0008743 |
| DTX 159 | | Excerpt of App Press Website | App Press 006410 | App Press 006411 |

Apress Media LLC's Exhibit List<br>*APP PRESS LLC v. APRESS MEDIA LLC*<br>Civil Action No. 12-cv-00781-SEB-DML

| Trial Ex. | Date | Description | Bates Begin | Bates End |
|---|---|---|---|---|
| DTX 160 | | App Press "Getting Started Guide" | App Press 006004 | App Press 006029 |
| DTX 161 | | App Press User Guide | App Press 006061 | App Press 006089 |
| DTX 162 | | App Press User Guide | App Press 006031 | App Press 006059 |
| DTX 163 | | App Press User Guide | App Press 005986 | App Press 006003 |
| DTX 164 | | App Press Pitch Deck | App Press 003873 | App Press 003887 |
| DTX 165 | | Email Chain from G. Glas to J. Sweeney | App Press 002521 | App Press 002521 |
| DTX 166 | | Apress Author Guide | Apress0001904 | Apress0001930 |
| DTX 167 | | Apress Author Guide | Apress0002012 | Apress0002038 |
| DTX 168 | | Apress Author Guide | Apress0008319 | APress0008338 |
| DTX 169 | | Apress Author Guide | Apress0008361 | Apress0008379 |
| DTX 170 | | Apress Organizational Chart | Apress0008617 | Apress0008617 |
| DTX 171 | | Apress Organizational Chart | Apress0008488 | Apress0008494 |
| DTX 172 | | Apress First Draft Workflow | Apress0005927 | Apress0005927 |
| DTX 173 | | Apress Copy Edit Approval Workflow | Apress0005926 | Apress0005926 |
| DTX 174 | | Apress Copy Editing Guidelines | Apress0001957 | Apress0001993 |
| DTX 175 | | Apress Production Workflow | Apress0005925 | Apress0005925 |
| DTX 176 | | Apress Distribution Workflow | Apress0005924 | Apress0005924 |
| DTX 177 | | Apress Tech Review Workflow | Apress0005929 | Apress0005929 |
| DTX 178 | | Apress Artwork Guide | Apress0005974 | Apress0005983 |
| DTX 179 | | Apress Production Presentation | Apress0005957 | Apress0005973 |
| DTX 180 | | Apress E-Distribution Presentation | Apress0008660 | Apress0008688 |
| DTX 181 | | Apress Template Guide | Apress0005941 | Apress0005943 |
| DTX 182 | | Apress Workflow Diagram | Apress0008635 | Apress0008640 |
| DTX 183 | | XML and SP Upgrade Flow Chart | Apress0005936 | Apress0005936 |
| DTX 184 | | Apress Publishing Presentation | Apress0005892 | Apress0005905 |
| DTX 185 | | Editor Approval Workflow | Apress0005928 | Apress0005928 |
| DTX 186 | | Apress Publishing Guide | Apress0006651 | Apress0006652 |
| DTX 187 | | PR Web Article on Apress | Apress0005934 | Apress0005935 |
| DTX 188 | | Apress Cover Letter | Apress0001892 | Apress0001892 |

| Trial Ex. | Date | Description | Bates Begin | Bates End |
|---|---|---|---|---|
| DTX 189 | | iPhone and iPad Apps for Absolute Beginners Book Jacket | Apress000715 | Apress000715 |
| DTX 190 | | Beginning iPhone 4 Development Ebook Cover | Apress000703 | Apress000703 |
| DTX 191 | | Apress Agreement re Beginning Java Google App Engine | Apress0008446 | Apress0008453 |
| DTX 192 | | Apress Book Listing on Android | Apress000717 | Apress000717 |
| DTX 193 | | PR Web Article on Apress | Apress000653 | Apress000654 |
| DTX 194 | | PR Web Article on Apress | Apress000749 | Apress000750 |
| DTX 195 | | Cracking iPhone and Android Native Development Book Jacket | Apress000707 | Apress000707 |
| DTX 196 | | iPad Application Book Jacket | Apress000706 | Apress000706 |
| DTX 197 | | Android Apps for Absolute Beginners Book Jacket | Apress000698 | Apress000698 |
| DTX 198 | | Excerpt of App Press Website | App Press 006580 | App Press 006584 |
| DTX 199 | | IMA Indy Media Artists (www.meetup.com/indymediaartists/member/58033922/) | | |
| DTX 200 | | Apress Strategy Summary 2011-2012 | Apress0008400 | Apress0008439 |
| DTX 201 | | Dkt. No. 68 [App Press Opp. to Apress Motion to Compel] | | |
| DTX 202 | | Dkt. 83 [App Press Reply in Support of Motion to Compel] | | |
| DTX 203 | | Adobe Air Article - Ex. 2 to Murarka Dep. | | |
| DTX 204 | 10/7/2013 | Enterprise App Press Development Platform License Agreement with Pearson Education, Inc. - Ex. 9 to Murarka Dep., Ex. 33 to Glas Vol. II | | |
| DTX 205 | | Kite-Reader Infographic - Ex. 10 to Murarka Dep. | | |
| DTX 206 | | EPUB 3 Support Grid - Ex. 11 to Murarka Dep. | | |
| DTX 207 | | Apple App Store Review Guidelines - Ex. 12 to Murarka Dep. | | |
| DTX 208 | | Errata to Deposition of Kevin Smith | | |
| DTX 209 | 10/10/2013 | Excerpt from Grant Glas Deposition of 10/10/2013 - Ex. 32 to Glas II | | |
| DTX 210 | | Grant Glas CV - Ex. 34 to Glas II | | |
| DTX 211 | 12/2/2013 | App Press - Face Book page - Ex. 36 to Glas II | | |
| DTX 212 | | *Pro Android Apps Performance Optimization*, Herve Guihot - Ex. 37 to Glas II | | |

| Trial Ex. | Date | Description | Bates Begin | Bates End |
|---|---|---|---|---|
| DTX 213 | | *Pro HTML5 Programming - Use HTML5 to Create Cutting-Edge WEB Applications*, Peter Lubbers, Brian Albers and Frank Salim - Ex. 38 to Glas II | Apress 005262 | Apress 005587 |
| DTX 214 | | MacWorld_ Book Flyer - Ex. 39 to Glas II | Apress 0000909 | Apress 0000909 |
| DTX 215 | | iPhone and iPad Apps for Absolute Beginners, Apress Book | | |
| DTX 216 | | Android Apps for Absolute Beginners, Apress Book | | |