UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

|  |  |
|---|---|
| APP PRESS LLC,<br>　　Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>APRESS MEDIA LLC,<br>　　Defendant and Counterclaim Plaintiff. | )<br>)<br>)<br>)<br>)　CASE NO. 1:12-cv-0718-SEB-DML<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT'S FINAL WITNESS LIST

Pursuant to the Amended Case Management Plan dated March 19, 2013, Defendant and Counterclaim Plaintiff Apress Media LLC ("Apress") respectfully submits the following list of its witnesses.

Apress expects to call the following witnesses at trial, either live or by videotaped deposition:

1. Paul Manning—President, Apress Media LLC; 233 Spring Street, New York, New York (to be contacted only through counsel for Apress);

2. John Rodzvilla—Senior Electronic-Publisher-in-Residence, Department of Writing, Literature, and Publishing, Emerson College; 164 Green Street, Stoneham, Massachusetts (to be contacted only through counsel for Apress);

3. Grant Glas—Founder and Chief Marketing Officer, App Press LLC; 435 Virginia Avenue, Unit 607, Indianapolis, Indiana;

4. Kevin Smith—Founder and Chief Product Officer, App Press, LLC; 11127 Indian Lake Boulevard, Indianapolis, Indiana;

5. Minh Nguyen—Former Chief Executive Officer, App Press, LLC; 1318 Unit B, Shelby Street, Indianapolis, Indiana.

In addition, Apress reserves the right to call any and all of the witnesses set forth on Plaintiff and Counterclaim Defendant App Press LLC's final witness list, any and all other witnesses called by any other party at trial, and any and all witnesses necessary solely for impeachment or rebuttal.

January 24, 2014                                    /s/_____
                                                    Deborah Pollack-Milgate
                                                    dmilgate@btlaw.com
                                                    BARNES & THORNBURG LLP
                                                    11 S. Meridian Street
                                                    Indianapolis, IN 46204-3535
                                                    Tel: (317) 236-1313
                                                    Fax: (317) 231-7433

                                                    Mark G. Matuschak *(pro hac vice)*
                                                    mark.matuschak@wilmerhale.com
                                                    Vinita Ferrera *(pro hac vice)*
                                                    vinita.ferrera@wilmerhale.com
                                                    Louis W. Tompros *(pro hac vice)*
                                                    louis.tompros@wilmerhale.com
                                                    WILMER CUTLER PICKERING HALE AND DORR LLP
                                                    60 State Street
                                                    Boston, Massachusetts 02109
                                                    Tel.: (617) 526-6000
                                                    Fax: (617) 526-5000

                                                    Martin Gilmore *(pro hac vice)*
                                                    martin.gilmore@wilmerhale.com
                                                    WILMER CUTLER PICKERING HALE AND DORR LLP
                                                    7 World Trade Center
                                                    250 Greenwich Street
                                                    New York, NY 10007
                                                    Tel.: (212) 230-8800
                                                    Fax: (212) 230-8888

                                                    *Attorneys for Apress Media LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing documents were served on Counsel of Record on this 24th day of January by operation of the Court's electronic filing system.

_____
Deborah Pollack-Milgate