UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| APP PRESS LLC, )<br>)<br>   Plaintiff/Counterclaim )<br>   Defendant, )<br>)<br>v. )<br>)<br>APRESS MEDIA LLC, )<br>)<br>   Defendant/ Counterclaim )<br>   Plaintiff. ) | CASE NO. 1:12-cv-0718-SEB-DML<br><br>**JURY TRIAL DEMANDED** |

### PLAINTIFF/COUNTERCLAIM DEFENDANT'S FINAL WITNESS LIST

Plaintiff, by counsel, and as required by the Case Management Plan in this matter, hereby submits its final list of witnesses who may be called at the trial of the above-captioned matter:

1. Grant Glas
2. Kevin Smith
3. Anup Murarka
4. Paul Manning
5. John Rodzvilla
6. Jeffrey Stonefield
7. Jeffrey Pepper
8. Dominic Shakeshaft
9. Andrea Asaro
10. Barbara Barakat
11. Lay foundation witnesses for and any necessary explanation of records produced during discovery.
12. Records custodians from any non-party which produced documents in response to non-party requests/subpoenas.
13. Any witnesses identified by the other parties.
14. Any witnesses necessary for purposes of impeachment or rebuttal.
15. Any witnesses needed to authenticate or otherwise provide foundation for documents, photographs, videos, transcripts, testimony or other exhibits.
16. Any individuals identified in the parties' discovery responses and/or documents produced.

Respectfully submitted,

/s *Jacob R. Cox*

Jacob R. Cox, Attorney No. 26321-49
**COX LAW OFFICE**
1606 N. Delaware Street
Indianapolis, Indiana 46202
T: 317.884.8550
F: 317.660.2453
jcox@coxlaw.org

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via the Court's CM/EMF system, which will serve notice of filing on the following counsel of record via the CM/EMF system, on the 24th day of January, 2014:

Deborah Pollack-Milgate
dmilgate@btlaw.com

Jeff M. Barron
jeff.barron@btlaw.com

Martin Gilmore
Martin.gilmore@wilmerhale.com

Mark G. Matuschak
mark.matuschak@wilmerhale.com

Louis W. Tompros
louis.tompros@wilmerhale.com

Vinita Ferrera
vinita.ferrera@wilmerhale.com

/s *Jacob R. Cox*
Jacob R. Cox