UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| APP PRESS LLC, | ) |
|     Plaintiff/Counterclaim Defendant, | ) ) ) ) |
|   v. | ) CASE NO. 1:12-cv-0718-SEB-DML ) ) **JURY TRIAL DEMANDED** |
| APRESS MEDIA LLC, | ) ) ) |
|     Defendant/ Counterclaim Plaintiff. | ) |

**PLAINTIFF/COUNTERCLAIM DEFENDANT'S FINAL EXHIBIT LIST**

    Plaintiff/Counterclaim Defendant, by counsel, and as required by the Case Management Plan in this matter, hereby submits its final list of exhibits that may be used at the trial of the above-captioned matter:

1. May 15, 2010 Notice of Pseudo Mark from USPTO to Apress Media

2. August 15, 2011 Cease and Desist Letter to App Press

3. September 12, 2011 Voicemail from Barbara Barakat to Jacob Cox

4. September 19, 2011 Response to Cease and Desist Letter (email)

5. May 8, 2012 Cease and Desist Communication to App Press's Counsel (email)

6. App Press Trademark Registration as maintained by USPTO for "App Press" mark

7. Apress Media Trademark Registration as maintained by USPTO for the following marks: "Apress," "Books for professionals by professionals," "The Expert's Voice," "The Author's Press," and "Ablog."

8. App Press's website (in HTML or other format) including associated metadata (www.app-press.com)

9. Apress Media's website (in HTML or other format) including associated metadata (www.apress.com)

10. WHOIS reports for www.myappress.com, www.myapppress.com, and www.app-press.com

11. Apress Media Author Contract

12. Apress Media Author Training Guide(s)

13. All documents identified in expert disclosures by Apress Media and App Press, including specifically documents identified in the report of John Rodzvilla and in the expert disclosures by App Press for Anup Murarka and Grant Glas.

14. All Privilege Logs, Redaction Logs, and associated Legends produced by Apress Media

15. Exhibits to App Press's Motion for Summary Judgment, Brief in Support of Summary Judgment, and Reply in Support of Summary Judgment.

16. Financial Documents evidencing App Press's financial information including expenses, incomes, profits, and losses.

17. Amazon Reviews for various Apress Media Books

18. Deposition transcripts and any exhibits and/or errata sheets for depositions of Apress Media's 30(b)(6) witness and John Rodzvilla.

19. Notice of 30(b)(6) deposition of Apress Media and attached topic list

20. Notice and Subpoena for deposition of John Rodzvilla

21. Documents relating to and describing the App Press CMS Tool, including those demonstrating its functionality and use by consumers (many of which are currently located on the App Press website, www.app-press.com).

22. App Press CMS Tool demonstration.

23. Documents relating to the growth of App Press from August, 2011 through May, 2012 and prejudice suffered due to delay by Apress Media in its communications during this period of time regarding allegations of trademark infringement and related claims.

24. Documents relating to App Press's website use and traffic, including analytics information and spreadsheets.

25. Documents relating to Apress Media's website use and traffic, including analytics information and spreadsheets.

26. Communications between counsel in this matter (including emails and letters).

27. Pleadings and filings (including any attached exhibits) in this matter.

28. Transcripts of any hearings in this matter.

29. Responses to written discovery requests in this matter (including amended or supplemented responses).

30. All documents or other evidence produced in response to Requests for Production in this matter, including specifically documents with Bates Nos. Apress000001-Apress10000 and associated native files, pdfs, spreadsheets, and metadata.

31. Any admissible exhibits identified in Defendants' Preliminary, Final or Trial Lists of Witnesses and Exhibits.

32. Any exhibits necessary for purposes of impeachment or rebuttal.

33. Documents produced by nonparties in response to any nonparty discovery in this matter.

34. All other documents, items or other evidence produced by any parties to this matter.

35. All other documents, items or other evidence identified, discovered, or produced during the course of discovery in this matter.

36. Any demonstrative exhibits.

37. Diagrams, exemplars, Power Point slides, or any other illustrative exhibits.

Respectfully submitted,

/s *Jacob R. Cox*
Jacob R. Cox, Attorney No. 26321-49
**COX LAW OFFICE**
1606 N. Delaware Street
Indianapolis, Indiana 46202
T: 317.884.8550
F: 317.660.2453
jcox@coxlaw.org

*Attorney for Plaintiff/Counterclaim Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via the Court's CM/EMF system, which will serve notice of filing on the following counsel of record via the CM/EMF system, on the 24th day of January, 2014:

| | |
|---|---|
| Deborah Pollack-Milgate | Jeff M. Barron |
| dmilgate@btlaw.com | jeff.barron@btlaw.com |
| | |
| Martin Gilmore | Mark G. Matuschak |

Martin.gilmore@wilmerhale.com         mark.matuschak@wilmerhale.com

Louis W. Tompros
louis.tompros@wilmerhale.com

Vinita Ferrera
vinita.ferrera@wilmerhale.com

/s *Jacob R. Cox*
Jacob R. Cox