UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| APP PRESS LLC, | ) |
|     Plaintiff/Counterclaim Defendant, | ) )  ) |
| v. | ) CASE NO. 1:12-cv-0718-SEB-DML )  ) **JURY TRIAL DEMANDED** |
| APRESS MEDIA LLC, | ) )  ) |
|     Defendant/ Counterclaim Plaintiff. | ) |

**BRIEF IN SUPPORT OF MOTION TO SEAL**

Apress Media has filed deposition transcripts of two of its officers, Anup Murarka and Grant Glas, as exhibits A and B to its Response in Opposition to Apress Media's Motions to Exclude Expert Testimony of Anup Murarka and Grant Glas (DE # 188 and 189). These deposition transcripts include information that has been designated varying as confidential and/or attorneys eyes only pursuant to the Court's protective order due to their containing confidential business and financial information of App Press and/or discuss confidential business information regarding trade secrets such as details regarding App Press's confidential customer contracts and the manner by which App Press's proprietary software functions.

The information referenced herein is maintained by App Press as confidential, and could be used by competitors or others businesses to App Press's disadvantage by providing insight into the nature and amounts of App Press's financial information and use of funds. Further, App Press has crafted and filed its Response in Opposition with citation to relevant portions of the deposition such that the public has access to the factual bases for arguments that these documents are submitted to support, and has no need to access other portions of the depositions that are in these transcripts such that it would serve the public purpose for not maintaining them as confidential.

1

Accordingly, App Press requests that the Court find that there is good cause to maintain these document under seal and order that the clerk maintain them as such.

For the foregoing reasons, App Press LLC, by counsel, respectfully requests that this Court find that there is good cause to enter an order maintaining under seal Exhibits A and B to App Press's Response in Opposition to Apress Media's Motions to Exclude Expert Testimony (DE # 188 and 189) and for all other just and proper relief.

          Respectfully submitted,

          /s *Jacob R. Cox*
          Jacob R. Cox, Attorney No. 26321-49

          **COX LAW OFFICE**
          1606 N. Delaware Street
          Indianapolis, Indiana 46202
          T: 317.884.8550
          F: 317.660.2453
          jcox@coxlaw.org
          *Attorney for Plaintiff/Counterclaim Defendant*
          *App Press LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via the Court's CM/EMF system, which will serve notice of filing on the following counsel of record via the CM/EMF system, on the 24th day of February, 2014:

| | |
|---|---|
| Deborah Pollack-Milgate<br>dmilgate@btlaw.com | Jeff M. Barron<br>jeff.barron@btlaw.com |
| Martin Gilmore<br>Martin.gilmore@wilmerhale.com | Mark G. Matuschak<br>mark.matuschak@wilmerhale.com |
| Louis W. Tompros<br>louis.tompros@wilmerhale.com | |
| Vinita Ferrera<br>vinita.ferrera@wilmerhale.com | |

/s *Jacob R. Cox*
Jacob R. Cox