UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| APP RESS, LLC, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>APPRESS MEDIA, LLC, )<br>)<br>Defendant. ) | 1:12-cv-718- SEB-DML |

The Honorable Sarah Evans Barker, Judge
Entry for February 27, 2014

Given the pending summary judgment motion, the final pretrial conference set for March 25, 2014, and the April 7, 2014, trial dates are VACATED. New dates will be established, if necessary, after the Court rules on the pending motion.

Copies to:

Jeff M. Barron
BARNES & THORNBURG LLP
jeff.barron@btlaw.com

Jacob R. Cox
COX LAW OFFICE
jcox@coxlaw.org

Vinita Ferrera
WilmerHale
60 State Street
Boston, MA 02109

Martin Gilmore
WILMER CUTLER PICKERING HALE AND DORR LLP
martin.gilmore@wilmerhale.com

Mark G. Matuschak
WILMER CUTLER PICKERING HALE AND DORR LLP
mark.matuschak@wilmerhale.com

Deborah Pollack-Milgate
BARNES & THORNBURG LLP
dmilgate@btlaw.com

Louis W. Tompros
WILMER CUTLER PICKERING HALE &
DORR LLP
louis.tompros@wilmerhale.com