## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____
                                        )
APP PRESS, L.L.C.,                      )
                                        )
       Plaintiff and Counterclaim Defendant, )
                                        )
v.                                      )   Case No. 1:12-cv-0718-SEB-DML
                                        )
APRESS MEDIA, L.L.C.,                   )
                                        )
       Defendant and Counterclaim Plaintiff. )
_____)

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, all parties hereby dismiss, with prejudice, all claims and counterclaims asserted in this action, waiving all rights of appeal, and with each party to bear its own costs.

  /s/ Jacob R. Cox                           /s/ Louis W. Tompros

Jacob R. Cox                               Deborah Pollack-Milgate
**COX LAW OFFICE**                         **BARNES & THORNBURG LLP**
1606 N. Delaware Street                    11 South Meridian Street
Indianapolis, Indiana 46202                Indianapolis, Indiana 46204
Phone: (317) 884-8550                      Tel: (317) 236-1313
Facsimile: (317) 660-2453                  Fax: (317) 231 7433
jcox@coxlaw.org                            dpollackmilgate@btlaw.com

*Counsel for Plaintiffs/Counter-Defendants*
*App Press LLC*

                                           Mark G. Matuschak
                                           Louis W. Tompros
                                           **WILMER CUTLER PICKERING**
                                           **HALE & DORR, LLP**
                                           60 State Street
                                           Boston, MA  02109
                                           Phone: (617) 526-6000
                                           Facsimile: (617) 526-5600
                                           mark.matuschak@wilmerhale.com
                                           louis.tompros@wilmerhale.com

Martin E. Gilmore
**WILMER CUTLER PICKERING HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Phone: (212) 230-8800
Facsimile: (212) 230-8888

*Counsel for Defendant/Counter-Claimant Apress Media LLC*

Dated: March __, 2014

SO ORDERED:

_____    _____
United States District Judge                    Date